# Supreme Court of Florida
## Certificate of Good Standing

*I JOHN A. TOMASINO, Clerk of the Supreme Court of the State of Florida, do hereby certify that*

### STEVEN WILLIAM TEPPLER

*was admitted as an attorney and counselor entitled to practice law in all the Courts of the State of Florida on* **September 22, 2005,** *is presently in good standing, and that the private and professional character of the attorney appear to be good.*

*WITNESS my hand and the Seal of the Supreme Court of Florida at Tallahassee, the Capital, this September 26, 2017.*

*Clerk of the Supreme Court of Florida.*