Reset Form

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Lauren Price on behalf of herself, et. al.

Plaintiff(s),

v.

Facebook, Inc., and Cambridge Analy

Defendant(s).

Case No: 5:18-cv-01732

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

Re: Dkt. 2

I, /s/ Steven W. Teppler, an active member in good standing of the bar of State of Florida, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: plaintiffs in the above-entitled action. My local co-counsel in this case is Clayeo C. Arnold, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 2929 Plummer Cove Road<br>Jacksonville, FL 32223 | 865 Howe Avenue<br>Sacramento, California 95825 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (904) 292-1111 | (916) 777-7777 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| steppler@abbottlawpa.com | carnold@justice4you.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 14787.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 03/21/18

/s/ Steven W. Teppler
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of /s/ Steven W. Teppler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 21, 2018

UNITED STATES DISTRICT/MAGISTRATE JUDGE
Howard R. Lloyd

PRO HAC VICE APPLICATION & ORDER                                    October 2012