AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Lauren Price on behalf of herself and all others similarly situated, <br><br> *Plaintiff(s)* <br> v. <br> Facebook, Inc., and Cambridge Analytica, <br><br> *Defendant(s)* | Civil Action No. 3:18-cv-01732-VC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Facebook, Inc., 1601 Willow Road, Menlo Park CA 94025

Cambridge Analytica, 597 5th Avenue, 7th Floor, New York, NY 10017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Clayeo C. Arnold
Joshua H. Watson
CLAYEO C. ARNOLD, APC
865 Howe Ave
Sacramento, CA 95825
916-777-7777

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: 3/22/18

*Felicia Brown*
*Signature of Clerk or Deputy Clerk*