

# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

John F. Harkness, Jr.
Executive Director

Joshua E. Doyle
Executive Director Designate

State of Florida    )

County of Leon    )

In Re:   324681
John Allen Yanchunis
Morgan & Morgan Complex Litigation Group
201 N. Franklin St., Fl. 7
Tampa, FL  33602-5157

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 23, 1981.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this __11th__ day of October, 2017.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/LJ:kstu1:R10