1  Michael W. Sobol (State Bar No. 194857)
   msobol@lchb.com
2  David T. Rudolph (State Bar No. 233457)
   drudolph@lchb.com
3  Melissa Gardner (State Bar No. 289096)
   mgardner@lchb.com
4  LIEFF CABRASER HEIMANN
   & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
8  Nicholas Diamand
   ndiamand@lchb.com
9  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
10 250 Hudson Street, 8th Floor
   New York, NY  10013-1413
11 Telephone:  212.355.9500
   Facsimile:  212.355.9592

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**PLAINTIFFS THERESA BEINER AND BRANDON HAUBERT'S NOTICE OF RELATED CASES AND ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12(b) and 7-11)<br><br>Action Filed: March 20, 2018 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Rule 3-12(b) and Rule 7-11 of the Civil Local Rules, plaintiffs Theresa Beiner and Brandon Haubert in *Beiner, et al. v. Facebook, Inc., et al.*, No 3:18-CV-1953 (N.D. Cal.) ("Beiner Action"), respectfully move the Court to consider whether their action is related to five cases in this District, *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20, 2018) ("Price Action"), *Rubin v. Facebook, Inc., et al.*, Case No. 3:18-cv-01852 (filed March 26, 2018) ("Rubin Action"), *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"), *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"), and *Haslinger v. Facebook, Inc*., et al., Case No. 4:18-cv-01984-YGR (filed March 30, 2018) ("Haslinger Action").

1. Under Local Rule 3-12(a), actions are related to another when: "(1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome, duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  The Beiner Action should be related to the Price Action, the Rubin Action, the Gennock Action, the O'Kelly Action, and the Haslinger Action as these cases concern the same or similar parties, i.e., Facebook, Inc. ("Facebook") and Cambridge Analytica, LLC ("Cambridge").   All actions relate to the massive unauthorized exfiltration of Facebook user data for use by Cambridge Analytica for "psychometric" targeted advertising during the 2016 presidential election campaign.  Generally, plaintiffs in the Actions allege that Facebook allowed unauthorized individuals to gain access to its data network storing the private personal information of more than 100 million United States consumers. The exfiltrated information was used to create targeted advertising for what has been described as a campaign of "psychological warfare" during the 2016 presidential election. All of the Actions allege violations of various state and federal statutes and common law principles against Facebook relating to its harmful policies and conduct and all seek certification of a similar class of victims.  Also related to these actions, on March 29, 2018, Plaintiffs in the Beiner Action filed a Motion for Transfer of Actions to the Northern District of California for Consolidation Pursuant to 28 U.S.C. §1407 before the U.S. Judicial Panel on Multi-District Litigation.  That motion was accepted for filing,

1   as MDL Number 2843, on March 30, 2018.

2       2.    Because the Beiner Action, the Price Action, the Rubin Action, the Gennock
3   Action, the O'Kelly Action and the Haslinger Action "concern substantially the same parties,
4   property, transaction or event," these actions are related within the meaning of Civil Local Rule
5   3-12(a)(1). As a result, this will promote efficiency and judicial economy and will avoid "unduly
6   burdensome duplication of labor and expense or conflicting results." Civ. L.R. 3-12(a)(2).

7       Accordingly, the Court should grant this administrative motion and issue the
8   accompanying proposed order holding that:

9       (1)    The Beiner Action, the Price Action, the Rubin Action, the Gennock Action, the
10      O'Kelly Action, and the Haslinger Action are related under Civil Local Rule 3-
11      12(a); and

12      (2)    The related actions should be assigned to this Court's calendar under Civil Local
13      Rule 3-12(f).

14      Pursuant to Civil L.R. 3-12 and 7-11, an Administrative Motion to Relate Case is
15  contemporaneously being lodged and served in the Price Action, the Rubin Action, the Gennock
16  Action, the O'Kelly Action and the Haslinger Action.

17
18  Dated: April 2, 2018        By:    */s/ Hank Bates*
19      CARNEY BATES & PULLIAM, PLLC
        Hank Bates (CA #167688)
20      hbates@cbplaw.com
        Allen Carney
21      acarney@cbplaw.com
        David Slade
22      dslade@cbplaw.com
        519 West 7th St.
23      Little Rock, AR 72201
        Telephone: (501) 312-8500
24      Facsimile: (501) 312-8505

25      Michael W. Sobol (CA #194857)
        msobol@lchb.com
26      David T. Rudolph
        drudolph@lchb.com
27      Melissa Gardner
        mgardner@lchb.com
28      LIEFF CABRASER HEIMANN &
        BERNSTEIN, LLP

|   |   |
|---|---|
| 1 | 275 Battery Street, 29th Floor |
| 2 | San Francisco, CA 94111-339<br>Telephone: 415.956.1000<br>Facsimile: 415.956.1008 |
| 3 | |
| 4 | Nicholas Diamond<br>ndiamond@lchb.com |
| 5 | LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP |
| 6 | 250 Hudson Street, 8th Floor<br>New York, NY 10013-1413 |
| 7 | Telephone: 212.355.9500<br>Facsimile: 212.355.9592 |

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*