| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857) | Hank Bates (State Bar No. 167688) |
| msobol@lchb.com | hbates@cbplaw.com |
| David T. Rudolph (State Bar No. 233457) | Allen Carney |
| drudolph@lchb.com | acarney@cbplaw.com |
| Melissa Gardner (State Bar No. 289096) | David Slade |
| mgardner@lchb.com | dslade@cbplaw.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | CARNEY BATES & PULLIAM, PLLC |
| 275 Battery Street, 29th Floor | 519 West 7th Street |
| San Francisco, CA  94111-3339 | Little Rock, AR 72201 |
| Telephone:  415.956.1000 | Telephone:  501.312.8500 |
| Facsimile:  415.956.1008 | Facsimile:  501.312.8505 |

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC <br><br> Defendants. | **CASE NO. 3:18-CV-01732-VC** <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** <br><br> Action Filed: March 20, 2018 |

Having considered the administrative motion of plaintiffs *Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al.*, No. 18-cv-1953 (N.D. Cal.) ("Beiner Action"), to consider whether their actions should be related to *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20, 2018) ("Price Action"), *Rubin v. Facebook, Inc., et al.*, Case No. 3:18-cv-01852 (filed March 26, 2018) ("Rubin Action"), *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"), *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"), and *Haslinger v. Facebook, Inc., et al.*, Case No. 4:18-cv-01984 (filed March 30, 2018) ("Haslinger Action"), and good cause appearing, the Court grants this administrative motion and orders that:

1. The Beiner Action is related to the Price Action, the Rubin Action, the Gennock Action, the O'Kelly Action, and the Haslinger Action.

2. The cases shall be assigned to the undersigned judge under Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Dated:_____

                                            Honorable Vince Chhabria