| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>David T. Rudolph (State Bar No. 233457)<br>drudolph@lchb.com<br>Melissa Gardner (State Bar No. 289096)<br>mgardner@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008 | Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone:  501.312.8500<br>Facsimile:  501.312.8505 |

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC<br><br>                    Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**CERTIFICATE OF SERVICE**<br><br>(Civ. L.R. 5-5) |

1  Under 28 U.S.C. § 1746, I, Hank Bates, declare as follows:

2  1. I am employed in the County of Pulaski, State of Arkansas. I am over 18 years of
3  age and am not a party to this action. My business address is 519 W. 7th Street, Little Rock,
4  Arkansas, 72201.

5  2. On April 2, 2018, I caused to be served true copies of the following documents
6  described as **Plaintiff Theresa Beiner and Brandon Haubert's Notice of Related Cases and**
7  **Administrative Motion to Consider Whether Cases Should be Related; the Declaration of**
8  **Hank Bates; and a proposed order** upon all parties who have appeared in this action by
9  electronically filing the foregoing with the Clerk of the District Court using its CM/ECF system,
10 which electronically notifies such parties. Additionally, pursuant to Civil L.R. 3-12 and 7-11, I
11 have caused to be served true copies on the interested parties in this action as follows:

12 **SEE ATTACHED SERVICE LIST**

13 **BY ELECTRONIC MAIL** to the persons at the email address listed in the Service List.

14 **BY U.S. MAIL**: I enclosed the documents in a sealed envelope or package addressed to the
15 persons at the address listed in the Service List and placed the envelope for collecting and
16 processing correspondence for mailing. On the same day that the correspondence is placed for
17 collection and mailing, it is deposited in the ordinary course of business with the United States
18 Postal Service, in a sealed envelope with postage fully prepaid.

19 I declare under penalty of perjury under the laws of the United States of America that the
20 foregoing is true and correct.

21 Executed on April 2, 2018, at Little Rock, Arkansas.

22

23                                                *s/ Hank Bates*
   HANK BATES

24
25
26
27
28

# SERVICE LIST

| *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 | *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 |
|---|---|
| John A. Yanchunis<br>Morgan and Morgan, P.A.<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com | Todd David Carpenter<br>Carlson Lynch Sweet Kilpela & Carpenter LLP<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>tcarpenter@carlsonlynch.com |
| Steven William Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>steppler@abbottlawpa.com | *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 |
| Joshua Haakon Watson<br>Clayeo C. Arnold, A Professional Law Corporation<br>865 Howe Avenue<br>Sacramento, CA 95825<br>jwatson@justice4you.com | Jason Scott Hartley<br>Stueve Siegel Hanson, LLP<br>550 West C Street<br>Suite 1750<br>San Diego, CA 92101<br>hartley@stuevesiegel.com |
| *Rubin v. Facebook, Inc., et al.*, Case No. 3:18-cv-01852 | *Haslinger v. Facebook, Inc.*, et al., Case No. 4:18-cv-01984-YGR |
| Nicholas A. Carlin<br>Phillips Erlewine Given & Carlin LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>nac@phillaw.com | Christopher Londergan Springer<br>Keller Rohrback L.L.P.<br>801 Garden Street<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com |
| Brian Samuel Clayton Conlon<br>Phillips, Erlewine, Given & Carlin LLP<br>39 Mesa Street, Suite 201<br>The Presidio<br>San Francisco, CA 94129<br>bsc@phillaw.com | |