NICHOLAS A. CARLIN (State Bar No. 112532)
BRIAN S. CONLON (State Bar No. 303456)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA  94129
Telephone: 415-398-0900
Fax:            415-398-0911
Email: nac@phillaw.com
          bsc@phillaw.com

*Attorneys for Plaintiff Jonathan D. Rubin
in Rubin v. Facebook, Inc., et al.,
18-cv-01852-EMC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**PLAINTIFF JONATHAN D. RUBIN'S RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-12(e) and 7-11(b), Plaintiff Jonathan Rubin in *Rubin v. Facebook, Inc., et al.*, Case No. 3:18-cv-01852-EMC (N.D. Cal., filed March 26, 2018) ("Rubin Action"), hereby files this Response in Support of Plaintiffs Theresa Beiner's and Brandon Haubert's (plaintiffs in the *Beiner, et al. v. Facebook, Inc., et al.*, No. 3:18-cv-1953 (N.D. Cal., Filed March 29, 2018) ("Beiner Action")) Administrative Motion to Consider Whether Cases Should Be Related.

Plaintiff Rubin agrees that his action should be related to the five cases in this District, *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20, 2018) ("Price Action"), *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"), *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"), the Beiner Action; and *Haslinger v. Facebook, Inc*., et al., Case No. 4:18-cv-01984-YGR (filed March 30, 2018) ("Haslinger Action") (collectively with the Rubin Action, "The Actions").

The Actions all concern substantially the same parties, property, transaction or event, in that they all concern the illicit harvesting of the sensitive and personal information of over 50 million American Facebook, Inc. ("Facebook") users by Cambridge Analytica LLC ("Cambridge") and the unauthorized repurposing of that sensitive user data to manipulate United States elections, including the 2016 presidential election. *See* Local Rule 3-12(a)(1).

In addition, if the actions are not related, there will certainly be duplication of labor and expense and a risk of conflicting results, as The Actions will all seek discovery into the same underlying conduct of Defendants Facebook and Cambridge and relief in each action will be based on that conduct. *See* Civ. L.R. 3-12(a)(2).

Accordingly, the Court should relate The Actions and assign them to this Court's calendar under Civil Local Rule 3-12(f).

Dated:  April 2, 2018                    PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP

                                         By:  /s/ Nicholas A. Carlin
                                              Nicholas A. Carlin
                                              Brian S. Conlon
                                              Attorneys for Plaintiff