NICHOLAS A. CARLIN (State Bar No. 112532)
BRIAN S. CONLON (State Bar No. 303456)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:            415-398-0911
Email: nac@phillaw.com
            bsc@phillaw.com

*Attorneys for Plaintiff Jonathan D. Rubin
in Rubin v. Facebook, Inc., et al.,
18-cv-01852-EMC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Having considered the response of Plaintiff Jonathan D. Rubin (plaintiff in *Rubin v. Facebook, Inc.*, *et al.*, Case No. 3:18-cv-01852-EMC (N.D. Cal. filed on March 26, 2018) (the "Rubin Action")) in support of plaintiffs Theresa Beiner and Brandon Haubert's – plaintiffs in *Beiner, et al. v. Facebook, Inc., et al.*, No. 18-cv-1953 (N.D. Cal. filed on March 29, 2018) ("Beiner Action") – administrative motion to consider whether *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20, 2018) ("Price Action"); the Rubin Action; *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"); *O'Kelly v. Facebook, Inc.*, et al., Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"); the Beiner Action; and *Haslinger v. Facebook, Inc., et al.*, Case No. 4:18-cv-01984-YGR (filed March 30, 2018) ("Haslinger Action") (collectively with the Rubin Action, "The Actions") should be related, and good cause appearing, the Court grants this administrative motion and orders that:

1. The Rubin Action is related to the Price Action, the Gennock Action, the O'Kelly Action, the Beiner Action, and the Haslinger Action.
2. The Actions shall be assigned to the undersigned judge under Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Date: _____          _____
                                                        Honorable Vince Chhabria

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone: (415) 398-0900