NICHOLAS A. CARLIN (State Bar No. 112532)
BRIAN S. CONLON (State Bar No. 303456)
PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 - The Presidio
San Francisco, CA   94129
Telephone:  415-398-0900
Fax:             415-398-0911
Email: nac@phillaw.com
            bsc@phillaw.com

*Attorneys for Plaintiff Jonathan D. Rubin
in Rubin v. Facebook, Inc., et al.,
18-cv-01852-EMC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**CERTIFICATE OF SERVICE** |

1

**CERTIFICATE OF SERVICE -- 3:18-CV-01732-VC**

Under 28 U.S.C. § 1746, I, Nicholas A. Carlin, declare as follows:

On April 2, 2018, I caused to be served true copies of the following documents described as Plaintiff Jonathan D. Rubin's Response In Support Of Administrative Motion To Consider Whether Cases Should Be Related; the Declaration of Nicholas A. Carlin in support thereof; and a proposed order upon all parties who have appeared in this action by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF system, which electronically notifies such parties. Additionally, pursuant to Civil L.R. 3-12 and 7-11, I have caused to be served true copies on the interested parties in this action as follows:

BY ELECTRONIC MAIL to the persons at the email address listed in the Service List.

BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed in the Service List and placed the envelope for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2018           /s/ Nicholas A. Carlin
                                    Nicholas A. Carlin

# SERVICE LIST

| *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 | *Beiner v. Facebook, Inc., et al.*, Case No. 3:18-CV-1953 |
|---|---|
| John A. Yanchunis<br>Morgan and Morgan, P.A.<br>201 N. Franklin Street<br>7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com<br><br>Steven William Teppler<br>Abbott Law Group, P.A.<br>2929 Plummer Cove Road<br>Jacksonville, FL 32223<br>steppler@abbottlawpa.com<br><br>Joshua Haakon Watson<br>Clayeo C. Arnold, A Professional Law Corporation<br>865 Howe Avenue<br>Sacramento, CA 95825<br>jwatson@justice4you.com | Michael W. Sobol<br>David T. Rudolph<br>Melissa Gardner<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor San Francisco, CA 94111-3339<br>msobol@lchb.com<br><br>Nicholas Diamand<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>250 Hudson Street, 8th Floor<br>New York, NY 10013-1413<br>ndiamand@lchb.com |
| *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 | *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 |
| Jason Scott Hartley<br>Stueve Siegel Hanson, LLP<br>550 West C Street<br>Suite 1750<br>San Diego, CA 92101<br>hartley@stuevesiegel.com | Todd David Carpenter<br>Carlson Lynch Sweet Kilpela & Carpenter LLP<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>tcarpenter@carlsonlynch.com |
| *Haslinger v. Facebook, Inc.*, et al., Case No. 4:18-cv-01984-YGR | |
| Christopher Londergan Springer<br>Keller Rohrback L.L.P.<br>801 Garden Street<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com | |

PHILLIPS, ERLEWINE, GIVEN & CARLIN LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA  94129
Telephone:  (415) 398-0900