AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:18-cv-01732

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* FACEBOOK, INC.
was received by me on *(date)* 03/23/2018.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* BECKY DE GEORGE, AGENT FOR SERVICE, who is designated by law to accept service of process on behalf of *(name of organization)* Facebook, Inc. at 1:05pm at 2710 Gateway Oaks Drive, Suite 150N, Sacramento, CA on *(date)* 03/28/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 28.00 for travel and $ _____ for services, for a total of $ 28.00.

I declare under penalty of perjury that this information is true.

Date: 03/30/2018

*Server's signature*

MICHAEL THOMPSON/PROCESS SERVER Reg#96-001
*Printed name and title*

Associated Legal Services of California
PO Box 418393
Sacramento, CA 95841
*Server's address*

Additional information regarding attempted service, etc:
Additional Documents served:
Civil Cover Sheet, First Amended Civil Cover Sheet, Class Action Complaint, Plaintiff's Declination of Magistrate Judge Jurisdiction, Standing Order for All Judges of the Northern District of California, Order Reassigning Case, Standing Order for Civil Cases Before Judge Vince Chhabria, Standing Order for Civil Trials Before Judge Chhabria, General Order No. 65, and Docket