# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0064957
Ryan McGee
Morgan & Morgan Complex Litigation Group
201 N Franklin St Fl 6
Tampa, FL 33602-5182

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 20, 2009**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 4th day of  **April**, **2018**.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-08348

