Orin Snyder (admitted *pro hac vice*)
   osnyder@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035

Joshua S. Lipshutz (SBN: 242557)
   jlipshutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614

Kristin A. Linsley (SBN: 154148)
   klinsley@gibsondunn.com
Brian M. Lutz (SBN: 255976)
   blutz@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474

Attorneys for Defendant
FACEBOOK, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC.; and CAMBRIDGE ANALYTICA, LLC,<br><br>           Defendants. | CASE NO. 3:18-CV-01732-VC<br>**SAN FRANCISCO DIVISION**<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))**<br><br>U.S. District Judge Vince Chhabria |

Pursuant to Civil Local Rule 6-1(a), Defendant Facebook, Inc. and Plaintiff Lauren Price hereby stipulate to a 60-day extension of the deadline for Facebook, Inc. to answer or otherwise respond to Plaintiff's Complaint (Dkt. No. 1). This extension will not alter the date of any event or deadline fixed by any Court order, and the parties reserve the right to seek further Court orders advancing or extending these deadlines.

### Local Rule 5-1(i)(3) Attestation

I, Joshua S. Lipshutz, attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: April 6, 2018

GIBSON, DUNN & CRUTCHER LLP

By:     /s/ *Joshua S. Lipshutz*
        Joshua S. Lipshutz

*Attorneys for Defendant Facebook, Inc.*

DATED: April 6, 2018

CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION

MORGAN & MORGAN COMPLEX LITIGATION GROUP

ABBOTT LAW GROUP, P.A.

By:     /s/ *John Yanchunis*
        John Yanchunis

*Attorneys for Plaintiff Lauren Price*

# CERTIFICATE OF SERVICE

I, Priyah Kaul, declare as follows:

I am employed in the County of San Francisco, State of California, I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, CA 94105-0921, in said County and State.

I hereby certify that on April 6, 2018, the foregoing **STIPULATION EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT (L.R. 6-1(A))** was filed with the Clerk of the Court via CM/ECF. Notice of this filing will be sent electronically to all registered parties by operation of the Court's electronic filing systems.

DATED: April 6, 2018

By: _____
Priyah Kaul