BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
Email:          fbottini@bottinilaw.com
                    ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda in
Ocegueda v. Zuckerberg, No. 18-cv-1893-VC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>Defendants. | Case No. 18-cv-1732-VC<br><br>**Declaration of Francis A. Bottini, Jr. in Support of Plaintiff Natalie Ocegueda's Administrative Motion**<br><br>(Civil L.R. 3-12(b) and 7-11)<br><br>The Honorable Vince Chhabria |

Declaration of Francis A. Bottini, Jr.                                                                                   No. 18-cv-1732-VC

Under 28 U.S.C. § 1746, I, Francis A. Bottini, Jr., declare as follows:

1. I am an attorney with the law firm of Bottini & Bottini, Inc., counsel for plaintiff Natalie Ocegueda in *Ocegueda v. Zuckerberg*, No. 18-cv-1893-VC. In compliance with Civil Local Rule 7-11(a), I submit this declaration in support of Ms. Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related.[1] I have personal knowledge of all the facts stated in this declaration. I could and would competently testify to these facts, if called upon to do so.

2. I was unable to obtain a stipulation signed by all parties or their counsel in the Consumer Class Actions and the Shareholder Derivative Actions. On April 6, 2018, plaintiff James Karon in *Karon v. Facebook, Inc.*, No. 18-cv-1929-EJD, made an administrative motion, before the Honorable Haywood S. Gilliam, to consider whether the Shareholder Derivative Actions are related (Ms. Ocegueda agrees that they are related). But Mr. Karon does not seek to relate the Shareholder Derivative Actions with the Consumer Class Actions. Ms. Ocegueda intends to oppose Mr. Karon's administrative motion on the basis that because this Court is assigned the lowest-numbered Consumer Class Action (*Price v. Facebook, Inc.*, No. 18-cv-1732-VC), Civil Local Rule 3-12(f) requires that this Court be the first to consider such administrative motions.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2018, at La Jolla, California.

                                                              s/ Francis A. Bottini, Jr.
                                                                Francis A. Bottini, Jr.

---

[1] This declaration adopts all terms defined in Ms. Ocegueda's Administrative Motion dated April 9, 2018.

Declaration of Francis A. Bottini, Jr.       1       No. 18-cv-1732-VC