BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
Email:         fbottini@bottinilaw.com
                  ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda in
Ocegueda v. Zuckerberg, No. 18-cv-1893-VC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>Defendants. | Case No. 18-cv-1732-VC<br><br>**[Proposed] Order Granting Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related**<br><br>The Honorable Vince Chhabria |

[Proposed] Order                                                                                           No. 18-cv-1732-VC

Having considered the administrative motion of plaintiff Natalie Ocegueda in *Ocegueda v. Zuckerberg*, No. 18-cv-1893-VC, to consider whether the six Consumer Class Actions[1] pending before the undersigned judge are related to her action (*Ocegueda*, which has also been assigned to the undersigned judge) and four other shareholder derivative actions pending in this District: *Hallisey v. Zuckerberg*, No. 18-cv-1792-HSG; *Martin v. Zuckerberg*, No. 18-cv-1834-DMR; *Karon v. Facebook, Inc.*, No. 18-cv-1929-EJD; and *Gloria Stricklin Trust v. Zuckerberg*, No. 18-cv-2011-JSC (collectively, together with *Ocegueda*, the "Shareholder Derivative Actions"), and good cause appearing, the Court grants plaintiff Ocegueda's administrative motion and orders that:

(1) the Shareholder Derivative Actions (*Hallisey*, *Martin*, *Ocegueda*, *Karon*, and *Gloria Stricklin Trust*) are related to the Consumer Class Actions (*Price*, *Rubin*, *Gennock*, *O'Kelly*, *Beiner*, and *Haslinger*) under Civil Local Rule 3-12(a); and

(2) *Hallisey* (No. 18-cv-1792-HSG), *Martin* (No. 18-cv-1834-DMR), *Karon* (No. 18-cv-1929-EJD), and *Gloria Stricklin Trust* (18-cv-2011-JSC) shall be assigned to the undersigned judge under Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Dated: April ____, 2018

The Honorable Vince Chhabria<br>United States District Judge

---

[1] By order dated April 6, 2018 (*see* Dkt. No. 27), the Court found that the *Price* action is related to the following five consumer class actions (collectively, together with *Price*, the "Consumer Class Actions"): *Beiner v. Facebook, Inc.*, No. 18-cv-1953; *Rubin v. Facebook, Inc.*, No. 18-cv-1852; *Gennock v. Facebook, Inc.*, No. 18-cv-1891; *O'Kelly v. Facebook, Inc.*, No. 18-cv-1915; and *Haslinger v. Facebook, Inc.*, No. 18-cv-1984.