BOTTINI & BOTTINI, INC.
Francis A. Bottini, Jr. (SBN 175783)
Yury A. Kolesnikov (SBN 271173)
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Telephone:   (858) 914-2001
Facsimile:    (858) 914-2002
Email:         fbottini@bottinilaw.com
                   ykolesnikov@bottinilaw.com

*Attorneys for Plaintiff Natalie Ocegueda in* Ocegueda v. Zuckerberg, *No. 18-cv-1893-VC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated, Plaintiff, vs. FACEBOOK, INC. and CAMBRIDGE ANALYTICA, Defendants. | Case No. 18-cv-1732-VC **Certificate of Service** The Honorable Vince Chhabria |

Under 28 U.S.C. § 1746, I, Francis A. Bottini, Jr., declare as follows:

1. I am employed in the County of San Diego, State of California. I am over 18 years of age and am not a party to this action. My business address is 7817 Ivanhoe Avenue, Suite 102, La Jolla, California 92037.

2. On April 9, 2018, I caused to be served by email three documents — Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should Be Related; the Declaration of Francis A. Bottini, Jr.; and a proposed order — upon the following counsel to all known parties to the Consumer Class Actions and the Shareholder Derivative Actions:

> Orin Synder Esq.
> Gibson, Dunn & Crutcher LLP
> 200 Park Avenue
> New York, New York 10166
> osynder@gibsondunn.com
>
> Brian M. Lutz, Esq.
> Joshua S. Lipshutz, Esq.
> Kristin A. Linsley, Esq.
> Gibson, Dunn & Crutcher LLP
> 555 Mission Street
> San Francisco, California 94105
> blutz@gibsondunn.com
> jlipshutz @gibsondunn.com
> klinsley@gibsondunn.com
>
> John A. Yanchunis, Esq.
> Patrick A. Barthle II, Esq.
> Morgan & Morgan Complex Litigation Group
> 201 North Franklin Street, 7th Floor
> Tampa, Florida 33602
> jyanchunis@ForThePeople.com
> pbarthle@ForThePeople.com
>
> Nicolas A. Carlin, Esq.
> Brian S. Conlon
> Phillips, Erlewine, Given & Carlin LLP
> 39 Mesa Street, Suite 201 — The Presidio
> San Francisco, California 94129
> nac@phillaw.com
> bsc@phillaw.com
>
> L. Timothy Fisher, Esq.
> Bursor & Fisher LLP
> 1990 North California Boulevard, Suite 940
> Walnut Creek, California 94596
> ltfisher@bursor.com

Michael W. Sobol, Esq.
David T. Rudolph, Esq.
Melissa Gardner, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111
msobol@lchb.com
drudolph@lchb.com
mgardner@lchb.com

Christopher L. Springer, Esq.
Keller Rohrback L.L.P.
801 Garden Street
Santa Barbara, California 93101
cspringer@kellerrohrback.com

Jason S. Hartley, Esq.
Stueve Siegel Hanson, LLP
550 West C Street, Suite 1750
San Diego, California 92101
hartley@stuevesiegel.com

Adam R. Credeur, Esq.
Law Offices of Kenneth W. DeJean
P.O. Box 4325
Lafayette, Louisiana 70502
adam@kwdejean.com

Todd D. Carpenter
Carlson Lynch Sweet Kilpela & Carpenter LLP
1350 Columbia Street, Suite 603
San Diego, California 92101
tcarpenter@carlsonlynch.com

Karen H. Riebel, Esq.
Lockridge Grindal Nauen
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
khriebel@locklaw.com

Patrice L. Bishop, Esq.
Stull, Stull & Brody
9430 West Olympic Boulevard, Suite 400
Beverly Hills, California 90212
pbishop@ssbla.com

Mark C. Molumphy, Esq.
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, California 94010
mmolumphy@cpmlegal.com

Derek G. Howard
Derek G. Howard Law Firm, Inc.
42 Miller Avenue
Mill Valley, California 94941
derek@derekhowardlaw.com

Joseph J. Tabacco, Jr., Esq.
Daniel E. Barenbaum, Esq.
A. Chowning Poppler, Esq.
Berman Tabacco
44 Montgomery Street, Suite 650
San Francisco, California 94104
jtabacco@bermantabacco.com
dbarenbaum@bermantabacco.com
cpoppler@bermantabacco.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2018, at La Jolla, California.

                                                                            s/ Francis A. Bottini, Jr.
                                                                                Francis A. Bottini, Jr.