**JOSEPH W. COTCHETT (SBN 36324)**
jcotchett@cpmlegal.com
**MARK C. MOLUMPHY (SBN 168009)**
mmolumphy@cpmlegal.com
**GINA STASSI (SBN 261263)**
gstassi@cpmlegal.com
**STEPHANIE D. BIEHL (SBN 306377)**
sbiehl@cpmlegal.com
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Attorneys for Plaintiff Jeremiah F. Hallisey in
Hallisey v. Zuckerberg, et al.*, No. 18-cv-1792-HSG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>Defendants. | Case No: 5:18-cv-1732-VC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

**[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**
**No. 18-CV-1732-VC**

LAW OFFICES OF
COTCHETT, PITRE
& MCCARTHY, LLP

Having considered the administrative motion of plaintiff Natalie Ocequeda to consider whether the six Consumer Class Actions[1] pending before the undersigned judge are related to her action (*Ocegueda v. Zuckerberg, et al.*, No. 18-cv-1893-VC, which has also been assigned to the undersigned judge) and four other shareholder derivative actions pending in this District: *Hallisey v. Zuckerberg*, No. 18-cv-1792-HSG; *Martin v. Zuckerberg*, No. 18-cv-1834-WHA; *Karon v. Facebook, Inc.*, No. 18-cv-1929-EJD; and *Gloria Stricklin Trust v. Zuckerberg*, No. 18-cv-2011-JSC (collectively, together with *Ocegueda,* the "Shareholder Derivative Actions"), and good cause appearing, the Court grants plaintiff Ocegueda's administrative motion and orders that:

1) The Shareholder Derivative Actions (*Hallisey*, *Martin*, *Ocegueda*; *Karon,* and *Stricklin Trust*) are related to the Consumer Class Actions (*Price*, *Rubin*, *Gennock*, *O'Kelly*, *Beiner*, and *Haslinger*) under Civil Local Rule 3-12(a); and

2) *Hallisey* (No. 18-cv-1792-HSG), *Martin* (No. 18-cv-1834-WHA); *Karon* (No. 18-cv-1929-EJD); and *Stricklin Trust* (No. 18-cv-2011-JSC) shall be assigned to the undersigned judge under Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Dated: April _____, 2018

                                                    The Honorable Vince Chhabria
                                                    United States District Judge

---

[1] By order dated April 6, 2018 (*see* Dkt. No. 27), the Court found that the *Price* action is related to the following five consumer class actions (collectively, together with *Price*, the "Consumer Class Actions"): *Beiner v. Facebook, Inc.*, No. 18-cv-1953; *Rubin v. Facebook, Inc.*, No. 18-cv-1852; *Gennock v. Facebook, Inc.*, No. 18-cv-1891; *O'Kelly v. Facebook, Inc.*, No. 18-cv-1915; and *Haslinger v. Facebook, Inc.*, No. 18-cv-1984.

LAW OFFICES OF COTCHETT, PITRE & MCCARTHY, LLP

[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; No. 18-CV-1732-VC      1