1  **JOSEPH W. COTCHETT (SBN 36324)**
   jcotchett@cpmlegal.com
2  **MARK C. MOLUMPHY (SBN 168009)**
   mmolumphy@cpmlegal.com
3  **GINA STASSI (SBN 261263)**
   gstassi@cpmlegal.com
4  **STEPHANIE D. BIEHL (SBN 306377)**
   sbiehl@cpmlegal.com
5  **COTCHETT, PITRE & McCARTHY, LLP**
   San Francisco Airport Office Center
6  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
7  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
8
   *Attorneys for Plaintiff Jeremiah F. Hallisey in*
9  *Hallisey v. Zuckerberg, et al.*, No. 18-cv-1792-HSG

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated, | Case No: 5:18-cv-1732-VC |
| Plaintiff, | **PROOF OF SERVICE OF MULTIPLE DOCUMENTS** |
| vs. | |
| FACEBOOK, INC. and CAMBRIDGE ANALYTICA, | Judge: Hon. Vince Chhabria |
| Defendants. | |

## PROOF OF SERVICE

I am employed in San Mateo County where service of the document(s) referred to below occurred. I am over the age of 18 and not a party to the within action. My business address is Cotchett, Pitre, & McCarthy, San Francisco Airport Center, 840 Malcolm Road, Suite 200, Burlingame CA 94010. I am readily familiar with the firm's practices for the service of documents. On this date, I served or caused to be served a true copy of the following:

1. **PLAINTIFF JEREMIAH F. HALLISEY'S RESPONSE IN SUPPORT OF PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

☒ **BY E-MAIL:** By e-mail I caused service of this document(s) occurred on the date shown below. This document is being served electronically and the transmission was reported as complete and without error.

☒ **BY MAIL:** I placed a true copy of the aforementioned document(s) in a sealed envelope with postage fully paid. I am familiar with this firm's practice of collection and processing of mail for delivery by the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct. Executed at Burlingame, California, on April 10, 2018.

JEANINE H. ACOSTA

## SERVICE LIST

| | |
|---|---|
| Orin Synder<br>GIBSON DUNN & CRUTCHER, LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: osynder@gibsondunn.com | |
| Brian M. Lutz<br>Joshua S. Lipshutz<br>Kristin A. Linsley<br>GIBSON DUNN & CRUTCHER, LLP<br>555 Mission Street<br>San Francisco, CA 94105<br>blutz@gibsondunn.com<br>jlipshutz@gibsondunn.com<br>klinsley@gibsondunn.com | |
| John A. Yanchunis<br>Patrick A. Barthle, II<br>MORGAN & MORGAN COMPLEX LIT. GROUP<br>201 North Franlin Street, 27th Floor<br>Tampa, FL 33602<br>jyanchunis@ForThePeople.com<br>pbarthle@ForThePeople.com | |
| Nicholas A. Carlin<br>Brian S. Conlon<br>PHILLIPS, ERLEWINE, GIVEN & CARLIN, LLP<br>39 Mesa Street, Suite 201 – The Presidio<br>San Francisco, CA 94129<br>nac@phillaw.com<br>bsc@phillaw.com | |
| L. Timothy Fisher<br>BURSOR & FISHER LLP<br>1990 North California Blvd., Suite 940<br>Walnut Creek, CA 94596<br>ltfisher@bursor.com | |
| Michael W. Sobol<br>David T. Rudolph<br>Melissa Gardner<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>Msobol@lchb.com<br>drudolph@lchb.com<br>mgardner@lchb.com | |

| | |
|---|---|
| 1<br>2<br>3<br>4 | Christopher L. Springer<br>KELLER ROHRBACK LLP<br>801 Garden Street<br>Santa Barbara, CA 93101<br>cspringer@kellerrohrback.com |
| 5<br>6<br>7 | Jason S. Hartley<br>STUEVE SIEGEL HANSON LLP<br>550 West C Street, Suite 1750<br>San Diego, CA 92101<br>hartley@stuevesiegel.com |
| 8<br>9<br>10<br>11 | Adam R. Credeur<br>Law Offices of Kenneth W. DeJean<br>P.O. Box 43285<br>Lafayette, LA 70502<br>adam@kwdejean.com |
| 12<br>13<br>14<br>15 | Todd D. Carpenter<br>CARLSON LYNCH SWEET KILPELA &<br>CARPENTER LLP<br>1350 Columbia Street, Suite 603<br>San Diego, CA 92101<br>tcarpenter@carlsonlynch.com |
| 16<br>17<br>18<br>19 | Karen H. Riebel<br>LOCKRIDGE GRINDAL NAUEN<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>khriebel@locklaw.com |
| 20<br>21<br>22<br>23 | Patrice L. Bishop<br>STULL, STULL & BRODY<br>9430 West Olympic Blvd., Ste. 400<br>Beverly Hills, CA 90212<br>pbishop@ssbla.com |
| 24<br>25<br>26<br>27<br>28 | Francis A. Bottini, Jr.<br>Yury A. Kolesnikov<br>BOTTINI & BOTTINI, INC.<br>7817 Ivanhoe Avenue, Ste. 102<br>La Jolla, CA 92037<br>fbottini@bottinilaw.com<br>ykolesnikov@bottinilaw.com |

LAW OFFICES OF
COTCHETT, PITRE
& MCCARTHY, LLP

**PROOF OF SERVICE OF MULTIPLE DOCUMENTS; No. 18-CV-1732-VC**     3

| | |
|---|---|
| Derek G. Howard<br>DEREK G. HOWARD LAW FIRM, INC.<br>42 Miller Avenue<br>Mill Valley, CA 94941<br>derek@derekhowardlaw.com | |
| Joseph J. Tabacco, Jr.<br>Daniel E. Barenbaum<br>A. Chowning Poppler<br>BERMAN TABACCO<br>44 Montgomery Street, Ste. 650<br>San Francisco, CA 94104<br>jtabacco@bermantabacco.com<br>dbarenbaum@bermantabacco.com<br>cpoppler@bermantabacco.com | |