Derek G. Howard (Bar. No. 118082)
derek@derekhowardlaw.com
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Tel. (415) 432-7192
Fax (415) 524-2419

Daniel J. Mulligan (Bar No. 103129)
dan@jmglawoffices.com
Larry W. Gabriel (Bar No. 68329)
lgabriel@bg.law
**Jenkins Mulligan & Gabriel LLP**
10085 Carroll Canyon Rd., Ste 210
San Diego, CA 92131-1100
Tel. (858) 527-1792
Fax (858) 527-1793

*Attorneys for Plaintiff James Karon
Derivatively on behalf of Facebook, Inc.
In Karon v. Facebook
No 5:18-CV-01929 (N.D. Cal.)*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FACEBOOK, INC., and CAMBRIDGE ANALYTICA, <br><br> Defendants. | **Case No. 3: 18-CV-1732-VC** <br><br> **PROOF OF SERVICE** |

I, Daniel J. Mulligan, declare as follows:

I am employed in the County of San Diego, California, am over the age of 18 and am not a party to this action.

On April 6, 2018, I caused the documents encaptioned **Plaintiff James Karon's Response To Administrative Motion to Relate** on all parties who have appeared in this case by electronically filing the foregoing with the Clerk of the Court using its CM/ECF system.

Declared under penalty of perjury this 10th day of April, 2018 at San Diego, California

/s/ Daniel J. Mulligan