Joseph J. Tabacco, Jr. (SBN 75484)
Daniel E. Barenbaum (SBN 209261)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
        dbarenbaum@bermantabacco.com
        cpoppler@bermantabacco.com

*Counsel for Plaintiff in Gloria Stricklin Trust v.
Zuckerberg, et al.,* No. 18-cv-2011

[Additional Counsel on Signature Page]

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff<br><br>    v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>        Defendants, | Case No. 18-cv-1732-VC<br><br>Related Consumer Cases:<br>18-cv-1852-VC<br>18-cv-1891-VC<br>18-cv-1915-VC<br>18-cv-1953-VC<br>18-cv-1984-VC<br><br>Proposed Related Derivative Cases:<br>18-cv-1792-HSG<br>18-cv-1834-WHA<br>18-cv-1893-VC<br>18-cv-1929-EJD<br>18-cv-2011-JSC<br><br>**PLAINTIFF GLORIA STRICKLIN TRUST'S RESPONSE IN SUPPORT OF PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

In accordance with Local Rules 3-12(e) and 7-11(b), Plaintiff Gloria Stricklin Trust ("Plaintiff Stricklin Trust")—which filed a shareholder derivative action on behalf of Facebook, Inc. ("Facebook"), *Stricklin Trust v. Zuckerberg, et al.*, No. 18-cv-02011-JSC (N.D. Cal.)—respectfully submits this response in support of Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should be Related (ECF No. 29).  For the reasons stated in Plaintiff Hallisey's Response in Support of Plaintiff Ocegueda's Motion (ECF No. 31), Plaintiff Stricklin Trust agrees that the *consumer class actions* that were related by this Court on April 6, 2018 (ECF No. 27) should be related to the *shareholder derivative actions* brought on behalf of Facebook that are currently pending in this District.  These matters include:

| CONSUMER CLASS ACTIONS[1] | | |
|---|---|---|
| **Case Name** | **Case No.** | **Assignment** |
| *Rubin v. Facebook, Inc.* | 18-cv-1852-VC | Hon. Vince Chhabria (San Francisco) |
| *Gennock v. Facebook, Inc.* | 18-cv-1891-VC | |
| *O'Kelly v. Facebook, Inc.* | 18-cv-1915-VC | |
| *Beiner v. Facebook, Inc.* | 18-cv-1953-VC | |
| *Haslinger v. Facebook, Inc.* | 18-cv-1984-VC | |

| DERIVATIVE ACTIONS | | |
|---|---|---|
| **Case Name** | **Case No.** | **Assignment** |
| *Hallisey v. Zuckerberg, et al.* | 18-cv-1792-HSG | Hon. Haywood Gilliam (Oakland) |
| *Martin v. Zuckerberg, et al.* | 18-cv-1834-WHA | Hon. William Alsup (San Francisco) |
| *Ocegueda v. Facebook, et al.* | 18-cv-1892-VC | Hon. Vince Chhabria (San Francisco) |
| *Karon v. Zuckerberg, et al.* | 18-cv-1929-EJD | Hon. Edward Davila (San Jose) |
| *Stricklin Trust v. Zuckerberg* | 18-cv-2011-JSC | Hon. Jacqueline Corley (San Francisco) |

[1] On April 9, 2018, the Honorable Yvonne Gonzalez Rogers filed on this docket an order of referral to determine whether *Kooser, et al. v. Facebook, Inc., et al,* No. 18-cv-2009, is related to the *Price*, *Beiner*, *Rubin*, *Gennock*, *O'Kelly*, and *Haslinger* matters (ECF No. 30).

1   Relating these consumer class actions and derivative matters is appropriate under Local

2   Rule 3-12(a) because (i) they involve substantially the same parties and subject matter and (ii) it

3   appears likely that there will be an unduly burdensome duplication of labor and expense or

4   conflicting results if the cases are conducted before different judges.  The consumer class

5   actions and derivative matters involve the same defendant (or nominal defendant), Facebook,

6   and the claims arise from substantially similar circumstances.  Specifically, the consumer class

7   actions and the derivative matters allege that Facebook improperly permitted third parties to

8   access the personal data of millions of Facebook users without their consent, enabling

9   Cambridge Analytica to exploit this private information to target voters online in advance of the

10   2016 United States Presidential Election.  *See, e.g., Price* Complaint at ¶¶4, 10, 15, 22; *Stricklin*

11   *Trust* Complaint at ¶¶5-11; 46-48.  In light of these similar factual issues, it is likely that

12   discovery will significantly overlap.  Relating these maters will conserve resources by ensuring

13   that discovery is coordinated and not duplicated.[2]

14   Furthermore, the consumer class actions and derivative matters share some of the same

15   legal issues, including whether Facebook violated state and federal statutes by mishandling user

16   data.  The consumer class actions and derivative matters seek similar relief, including damages

17   and injunctive relief related to Facebook's deficient data-security practices and policies that

18   allowed Cambridge Analytica to obtain users' information.  *See, e.g., Price* Complaint at ¶¶32,

19   41, 46; *Stricklin Trust* Complaint at ¶¶107, 110, 114.  As a result, having the consumer class

20   actions and derivative matters related avoids the risk of inconsistent pre-trial rulings.

21   ///

22   ///

23   ///

24

25

26

27   [2] On March 30 and April 3, 2018, the Honorable Edward J. Davila issued orders, without

28   written opinions, declining to relate two of the derivative actions, *Hallisey* and *Ocegueda*, to the federal securities fraud class action pending in this District.  *See, Yuan v. Facebook*, No. 18-cv-1725-EJD (ECF Nos. 8 and 13).

Plaintiff Stricklin Trust supports the administrative motion to relate the consumer class actions and derivative matters as promoting judicial economy and efficiency.

DATED: April 11, 2018

**BERMAN TABACCO**


By:   */s/ Daniel E. Barenbaum*
          Daniel E. Barenbaum

Joseph J. Tabacco, Jr.
A. Chowning Poppler
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
          dbarenbaum@bermantabacco.com
          cpoppler@bermantabacco.com

Nathaniel L. Orenstein
(*pro hac vice* forthcoming)
Mark Delaney
(*pro hac vice* forthcoming)
**BERMAN TABACCO**
One Liberty Square
Boston, MA 02109
Telephone: (617) 542-8300
Facsimile: (617) 542-1194
Email: norenstein@bermantabacco.com
          mdelaney@bermantabacco.com

Ira N. Richards (*pro hac vice* forthcoming)
**SCHNADER HARRISON SEGAL & LEWIS LLP**
1600 Market Street
Suite 3600
Philadelphia, PA 19103
Telephone: (215) 751-2000
Facsimile: (215) 751-2205
Email: irichards@schnader.com

*Counsel for Plaintiff Gloria Stricklin Trust*