Joseph J. Tabacco, Jr. (SBN 75484)
Daniel E. Barenbaum (SBN 209261)
A. Chowning Poppler (SBN 272870)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
         dbarenbaum@bermantabacco.com
         cpoppler@bermantabacco.com

*Counsel for Plaintiff in Gloria Stricklin Trust v. Zuckerberg, et al.,* No. 18-cv-2011

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA<br><br>Defendants, | Case No. 18-cv-1732-VC<br><br>Related Consumer Cases:<br>18-cv-1852-VC<br>18-cv-1891-VC<br>18-cv-1915-VC<br>18-cv-1953-VC<br>18-cv-1984-VC<br><br>Proposed Related Derivative Cases:<br>18-cv-1792-HSG<br>18-cv-1834-WHA<br>18-cv-1893-VC<br>18-cv-1929-EJD<br>18-cv-2011-JSC<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Judge: Hon. Vince Chhabria |

[PROPOSED] ORDER GRANTING PLAINTIFF OCEGUEDA'S ADMIN MOTION

In consideration of Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should be Related (ECF No. 29), and good cause appearing, the Court grants the motion and orders that the consumer cases previously related (ECF No. 27) are related to the shareholder derivative actions that are currently pending in this District.  These matters include:

| CONSUMER CLASS ACTIONS | | |
|---|---|---|
| **Case Name** | **Case No.** | **Assignment** |
| *Rubin v. Facebook, Inc.* | 18-cv-1852-VC | Hon. Vince Chhabria (San Francisco) |
| *Gennock v. Facebook, Inc.* | 18-cv-1891-VC | |
| *O'Kelly v. Facebook, Inc.* | 18-cv-1915-VC | |
| *Beiner v. Facebook, Inc.* | 18-cv-1953-VC | |
| *Haslinger v. Facebook, Inc.* | 18-cv-1984-VC | |

| DERIVATIVE ACTIONS | | |
|---|---|---|
| **Case Name** | **Case No.** | **Assignment** |
| *Hallisey v. Zuckerberg, et al.* | 18-cv-1792-HSG | Hon. Haywood Gilliam (Oakland) |
| *Martin v. Zuckerberg, et al.* | 18-cv-1834-WHA | Hon. William Alsup (San Francisco) |
| *Ocegueda v. Facebook, et al.* | 18-cv-1892-VC | Hon. Vince Chhabria (San Francisco) |
| *Karon v. Zuckerberg, et al.* | 18-cv-1929-EJD | Hon. Edward Davila (San Jose) |
| *Stricklin Trust v. Zuckerberg* | 18-cv-2011-JSC | Hon. Jacqueline Corley (San Francisco) |

The aforementioned derivative matters shall be reassigned to the undersigned judge pursuant to Local Rule 3-12(f).

IT IS SO ORDERED.

Dated: April ___, 2018

The Hon. Vince Chhabria
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF OCEGUEDA'S ADMIN MOTION        1