1 | Joseph J. Tabacco, Jr. (SBN 75484)
2 | Daniel E. Barenbaum (SBN 209261)
  | A. Chowning Poppler (SBN 272870)
  | **BERMAN TABACCO**
3 | 44 Montgomery Street, Suite 650
  | San Francisco, CA 94104
4 | Telephone: (415) 433-3200
  | Facsimile: (415) 433-6382
5 | Email: jtabacco@bermantabacco.com
  |          dbarenbaum@bermantabacco.com
6 |          cpoppler@bermantabacco.com

7 | *Counsel for Plaintiff in Gloria Stricklin Trust v.*
  | *Zuckerberg, et al.,* No. 18-cv-2011
8 |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>Defendants. | Case No. 18-cv-1732-VC<br><br>**PROOF OF SERVICE**<br><br>Related Consumer Case Nos.:<br>18-cv-1852-VC<br>18-cv-1891-VC<br>18-cv-1915-VC<br>18-cv-1953-VC<br>18-cv-1984-VC<br><br>Proposed Related Derivative Case Nos.:<br>18-cv-1792-HSG<br>18-cv-1834-WHA<br>18-cv-1893-VC<br>18-cv-1929-EJD<br>18-cv-2011-JSC<br><br>Judge: Hon. Vince Chhabria |

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman Tabacco, 44 Montgomery, Suite 650, San Francisco, California, 94104. I am over the age of 18 years and am not a party to this action. On April 11, 2018, using the Northern District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Daniel E. Barenbaum, and at his direction, I filed and served true and correct copies of the document(s) described as follows:

1. **PLAINTIFF GLORIA STRICKLIN TRUST'S RESPONSE IN SUPPORT OF PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **PROOF OF SERVICE.**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on April 11, 2018, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by transmitting a true and correct Portable Document Format (PDF) copy via email at the email addresses set forth below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on April 11, 2018.

Leslie R. Cuesta

# SERVICE LIST

*Rubin v. Facebook, Inc., et al.,* **No. 3:18-cv-01852**

Nicholas A. Carlin
Brian Samuel Clayton Conlon
**PHILLIPS ERLEWINE GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900
Fax: (415) 398-0911
Email: nac@phillaw.com
         bsc@phillaw.com

*Counsel for Plaintiff*

*Gennock v. Facebook, Inc., et al.*, **No. 3:18-cv-01891**

Todd David Carpenter
Brittany C. Casola
**CARLSON LYNCH SWEET KILPELA & CARPENTER LLP**
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 762-1910
Fax: (619) 756-6991
Email: tcarpenter@carlsonlynch.com
         bcasola@carlsonlynch.com

Gary F Lynch
Kelly Kathleen Iverson
**CARLSON LYNCH SWEET & KILPELA, LLP**
**CARLSON LYNCH SWEET KILPELA AND CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Fax: (412) 231-0246
Email: glynch@carlsonlynch.com
         kiverson@carlsonlynch.com

1  Karen Hanson Riebel
   Kate M. Baxter-Kauf
2  **LOCKRIDGE GRINDAL NAUEN**
   100 Washington Avenue South
3  Suite 2200
   Minneapolis, MN 55401 2179
4  Telephone: (612) 339-6900
   Fax: (612) 339-0981
5  Email: khriebel@locklaw.com
6        kmbaxter-kauf@locklaw.com

7  Arthur M. Murray
   Caroline W. Thomas
8  **MURRAY LAW FIRM**
9  650 Poydras Street, Suite 2150
   New Orleans, LA 70130
10 Telephone: (504) 525-8100
   Facsimile: (504) 584-5249
11 Email: amurray@murray-lawfirm.com
12       CThomas@murray-lawfirm.com

13 Kenneth W. DeJean
   Adam Russell Credeur
14 **LAW OFFICES OF KENNETH W. DEJEAN**
   P.O. Box 4325
15 Lafayette, LA 70502
   Telephone: (337) 235-5294
16 Fax: (337) 235-1095
17 Email: kwdejean@kwdejean.com
         adam@kwdejean.com
18
   *Counsel for Plaintiffs*
19
                *O'Kelly v. Facebook, Inc., et al.,* **No. 3:18-cv-01915**
20
21 Norman E. Siegel
   Barrett J. Vahle
22 **STUEVE SIEGEL HANSON LLP**
   460 Nichols Road, Suite 200
23 Kansas City, Missouri 64112
24 Phone: (816) 714-7100
   Fax: (816) 714-7101
25 Email: siegel@stuevesiegel.com
         vahle@stuevesiegel.com
26
27
28

Jason Scott Hartley
**STUEVE SIEGEL HANSON, LLP**
550 West C Street
Suite 1750
San Diego, CA 92101
Telephone: (619) 400-5822
Fax: (619) 400-5832
Email: hartley@stuevesiegel.com

*Counsel for Plaintiff*

*Beiner v. Facebook, Inc., et al.,* **No. 3:18-cv-01953**

Michael W. Sobol
David Taylor Rudolph
Melissa Ann Gardner
**LIEFF CABRASER HEIMANN AND BERNSTEIN, LLP**
275 Battery Street
29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: msobol@lchb.com
   drudolph@lchb.com
   mgardner@lchb.com

Nicholas Diamand
**LIEFF CABRASER HEIMANN AND BERNSTEIN LLP**
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Email: ndiamand@lchb.com

Hank Bates
Allen Carney
David F. Slade
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
Fax: (501) 312-8505
Email: hbates@cbplaw.com
   acarney@cbplaw.com
   dslade@cbplaw.com

*Counsel for Plaintiffs*

*Haslinger v. Facebook, Inc., et al.*, No. 3:19-cv-01984

Christopher Londergan Springer
**KELLER ROHRBACK L.L.P.**
801 Garden Street
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Email: cspringer@kellerrohrback.com

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Cari Campen Laufenberg
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
       gcappio@kellerrohrback.com
       claufenberg@kellerrohrback.com

*Counsel for Plaintiffs*

*Hallisey v. Zuckerberg, et al.*, No. 4:18-cv-01792

Joseph W. Cotchett
Mark Cotton Molumphy
Gina Stassi
Stephanie Biehl
**COTCHETT PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, Ca 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577
Email: jcotchett@cpmlegal.com
       mmolumphy@cpmlegal.com
       gstassi@cpmlegal.com
       sbiehl@cpmlegal.com

*Counsel for Plaintiff*

Paul J. Collins
**GIBSON, DUNN, CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 849-5309
Fax: (650) 849-5333
Email: pcollins@gibsondunn.com

*Counsel for Nominal Defendant Facebook, Inc.*

*Martin v. Zuckerberg, et al.,* **No. 3:18-cv-01834**

Patrice L. Bishop
**STULL, STULL & BRODY**
9430 West Olympic Boulevard
Suite 400
Beverly Hills, CA 90212
Telephone: (310) 209-2468
Email: pbishop@ssbla.com

Lynda J. Grant
**THE GRANT LAW FIRM, PLLC**
521 Fifth Avenue, 17th Floor
New York, NY 10175
Telephone: (212) 292-4441
Fax: (212) 292-4442
Email: lgrant@grantfirm.com

*Ocegueda v. Zuckerberg, et al.,* **No. 3:18-cv-01893**

Francis A. Bottini , Jr.
Yury A. Kolesnikov
**BOTTINI AND BOTTINI, INC.**
7817 Ivanhoe Avenue
Suite 102
La Jolla, CA 92037
Telephone: (858) 914-2001
Fax: (858) 914-2002
Email: fbottini@bottinilaw.com
          sammirati@bottinilaw.com

*Counsel for Plaintiff*

*Karon v. Zuckerberg, et al.,* **No. 5:18-cv-01929**

Derek G. Howard
**DEREK G. HOWARD LAW FIRM, INC.**
42 Miller Avenue
Mill Valley, CA 94941
Telephone: (415) 432-7192
Fax: (415) 524-2419
Email: derek@derekhowardlaw.com

Daniel Joseph Mulligan
Larry Wayne Gabriel
**JENKINS, MULLIGAN & GABRIEL, LLP**
10085 Carroll Canyon Road
Suite 210
San Diego, CA 92131
Telephone: (415) 982-8500
Fax: (415) 982-8515
Email: dan@jmglawoffices.com
         lgabriel@brutzkusgubner.com

*Counsel for Plaintiff*