Patrice L. Bishop (182256)
pbishop@ssbla.com
**STULL, STULL & BRODY**
9430 W. Olympic Blvd., Suite 400
Beverly Hills, CA 90212
Tel: 310-209-2468
Fax: 310-209-2087

*Local Counsel for Ronald Martin*

(Additional Counsel on Signature Page)

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>FACEBOOK, INC. and CAMBRIDGE ANALYTICA,<br><br>　　　　　　　　　Defendants. | Case No. 3:18-cv-01732-VC<br><br>**RONALD MARTIN'S RESPONSE TO NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; PROOF OF SERVICE THEREON**<br><br>**JUDGE: HON. VINCE CHHABRIA**<br>**CTRM: 4, 17th Floor**<br>　　　　　San Francisco Courthouse |

Plaintiff Ronald Martin ("Plaintiff Martin") hereby responds to Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should be Related. *See Price v. Facebook, Inc.*, Case No. 3:18-cv-01732 ("*Price*"), Dkt. 29.

Plaintiff Martin has already made filings agreeing that his action, *Martin v. Zuckerberg*, Case No. 4:18-cv-01834-WHA ("*Martin*"), should, under Civil Local Rule 3-12, be deemed related to derivative cases *Hallisey v. Zuckerberg*, Case No. 4:18-cv-01792-HSG ("*Hallisey*"), *Ocegueda v. Zuckerberg*, 3:18-cv-01893-VC ("*Ocegueda*"), *Stricklin Trust v. Zuckerberg*, Case No. 3:18-cv-02011-JSC ("*Stricklin*"), and *Karon v. Zuckerberg, et al.*, Case No. 5:18-cv-01929-EJD ("*Karon*"). *See Hallisey* Dkt. No. 24; *Martin* Dkt. No. 20; *Ocegueda* Dkt. No. 22; *Stricklin* Dkt. No. 9; *Karon* Dkt. No. 12.

Plaintiff Martin has no objection to his action also being deemed related to *Price* under Civil Local Rule 3-12 for the reasons set forth in the *Ocegueda* Motion

Dated: April 12, 2018     By:     *s/ Patrice L. Bishop*
Patrice L. Bishop
STULL, STULL & BRODY
9430 West Olympic Blvd., Suite 400
Beverly Hills, CA  90212
Tel:     (310) 209-2468
Fax:    (310) 209-2087
Email: service@ssbla.com

*Local Counsel for Ronald Martin, Derivatively on Behalf of Nominal Defendant Facebook, Inc.*

Lynda J. Grant
THEGRANTLAWFIRM, PLLC
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel:     (212) 292-4441
Fax:    (212) 292-4442
Email:  lgrant@grantfirm.com

*Lead Counsel for Ronald Martin, Derivatively on Behalf of Nominal Defendant Facebook, Inc.*

# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.:
COUNTY OF LOS ANGELES   )

I am employed in the county of Los Angeles, State of California, I am over the age of 18 and not a party to the within action; my business address is 9430 West Olympic Boulevard, 4th Floor, Beverly Hills, California 90212.

On April 12, 2018, I caused this document to be served as follows:

**By CM/ECF** on all counsel registered with the CM/ECF system in the docket maintained by the above-entitled Court in the above-entitled action.

**By Email** on:

    Joseph W. Cotchett
    Mark Cotton Molumphy
    Gina Stassi
    Stephanie Biehl
    Cotchett Pitre & McCarthy, LLP
    San Francisco Airport Office Center
    840 Malcolm Road, Suite 200
    Burlingame, CA 94010
    Tel:   (650) 697-6000
    Fax:   (650) 697-0577
    Email: jcotchett@cpmlegal.com
          mmolumphy@cpmlegal.com
          gstassi@cpmlegal.com
          sbiehl@cpmlegal.com

*Counsel for Plaintiff Jeremiah F. Hallisey*

| | |
|---|---|
| 1 | |
| 2 | Francis A. Bottini, Jr.<br>Yury A. Kolesniov |
| 3 | BOTTINI AND BOTTINI, INC.<br>7817 Ivanhoe Avenue |
| 4 | Suite 102 |
| 5 | La Jolla, CA 92037<br>Tel:   (858) 914-2001 |
| 6 | Fax:   (858) 914-2002 |
| 7 | Email: fbottini@bottinilaw.com<br>sammirati@bottinilaw.com |
| 8 | |
| 9 | *Counsel for Plaintiff Natalie Ocegueda* |

| | | |
|---|---|---|
| 10 | Joseph J. Tabacco , Jr. | Mark Delaney |
| 11 | Daniel E. Barenbaum<br>Aidan Clowning Poppler | BERMAN DEVALERIO<br>One Liberty Square |
| 12 | BERMAN TABACCO | Boston, MA 02109 |
| 13 | 44 Montgomery Street, Suite 650<br>San Francisco, CA 94104 | Tel:   (617) 542-8300<br>Fax:   (617) 542-1194 |
| 14 | Tel:   (415) 433-3200 | Email: mdelaney@bermanesq.com |
| 15 | Fax:   (415) 433-6382<br>Email: jtabacco@bermantabacco.com |          norenstein@bermanesq.com |
| 16 |        dbarenbaum@bermantabacco.com<br>       cpoppler@bermantabacco.com | |
| 17 | | |
| 18 | Ira Neil Richards | |
| 19 | SCHNADER HARRISON SEGAL &<br>  LEWIS LLP | |
| 20 | 1600 Market Street | |
| 21 | Suite 3600<br>Philadelphia, PA 19103 | |
| 22 | Tel:   (215) 751-2000<br>Fax:   (215) 751-2205 | |
| 23 | Email: irichards@schnader.com | |
| 24 | | |
| 25 | *Counsel for Plaintiff Gloria Stricklin Trust* | |
| 26 | | |
| 27 | | |
| 28 | | |

PROOF OF SERVICE
CASE NO. 3:18-cv-01732-VC

Derek G. Howard
DEREK G. HOWARD
 LAW FIRM, INC.
42 Miller Avenue
Mill Valley, CA 94941
Tel:   (415) 432-7192
Fax:   (415) 524-2419
Email: derek@derekhowardlaw.com

*Counsel for Plaintiff James Karon*

| | |
|---|---|
| Orin Snyder<br>GIBSON, DUNN, CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166<br>Tel:   (212) 351-2400<br>Email: osnyder@gibsondunn.com | Brian Michael Lutz<br>Joshua Seth Lipshutz<br>Kristin A. Linsley<br>GIBSON, DUNN &<br> CRUTCHER LLP<br>555 Mission Street<br>Suite 3000<br>San Francisco, CA 94105<br>Tel:   (415) 393-8379<br>Fax:   (415) 393-8306<br>Email: blutz@gibsondunn.com<br>        jlipshutz@gibsondunn.com<br>        klinsley@gibsondunn.com |

Paul J. Collins
GIBSON, DUNN, CRUTCHER LLP
1881 Page Mill Road
Palo Alto, CA 94304
Tel:   (650) 849-5309
Fax:   (650) 849-5333
Email: pcollins@gibsondunn.com

*Counsel for Defendants*

I declare that I am a member of the bar of this Court.

Executed on April 12, 2018, at Beverly Hills, California 90212.

| | |
|---|---|
|   PATRICE L. BISHOP  <br>Type or Print Name |   /s/Patrice L. Bishop<br>Signature |

PROOF OF SERVICE
CASE NO. 3:18-cv-01732-VC