Joshua H. Watson, California SBN 238058
Email: jwatson@justice4you.com
**CLAYEO C. ARNOLD, A**
**PROFESSIONAL LAW**
**CORPORATION**
865 Howe Avenue
Sacramento, California 95825
916-777-7777 Telephone
916-924-1829 Facsimile

Kevin S. Hannon (Pro Hac Vice pending)
Colo. Bar No. 16015
Email: khannon@hannonlaw.com
**THE HANNON LAW FIRM, LLC.**
1641 Downing Street
Denver, CO  80218
303-861-8800 Telephone
303-861-8855 Facsimile

*Attorneys for Plaintiffs Debra Kooser and*
*Margaret Frankiewicz in Kooser et al. v.*
*Facebook Inc. et al, 18-cv-2009-YGR*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>         Plaintiff,<br><br> v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>         Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**PLAINTIFF DEBRA KOOSER AND MARGARET FRANKIEWICZ'S RESPONSE IN SUPPORT OF ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-12(e) and 7-11(b), Plaintiffs Debra Kooser and

Margaret Frankiewicz in *Kooser, et al v. Facebook, Inc., et al.*, Case No. 4:18-cv-2009-YGR

(N.D. Cal., filed April 2, 2018) ("Kooser Action"), hereby files their Response in Support of

Judge Rogers' Order of Referral to Determine Whether Cases Are Related. (Dkt. 30).

Plaintiffs Kooser and Frankiewicz agree that their action should be related to the six

cases in this District, *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20,

2018) ("Price Action"), *Rubin v. Facebook, Inc., et al*, Case No. 18-cv-01852 (filed March

26, 2018) ("Rubin Action"), *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"), *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"), *Beiner, et al. v. Facebook, Inc., et al.*, No. 3:18-cv-1953 (filed March 29, 2018) ("Beiner Action"); and *Haslinger v. Facebook, Inc.*, et al., Case No. 4:18-cv-01984-YGR (filed March 30, 2018) ("Haslinger Action") (collectively "The Actions").

The Actions all concern substantially the same parties, property, transaction or event, in that they all concern the massive unauthorized harvesting of Facebook user's personal information by Cambridge Analytica LLC ("Cambridge") and used for Facebook and Cambridge's financial benefit. *See* Local Rule 3-12(a)(1).

If the Kooser Action is not related, there will certainly be duplication of labor and expense and a risk of conflicting results, as The Actions will all seek discovery into the same underlying conduct of Defendants Facebook and Cambridge and relief in each action will be based on that conduct.  See Civ. L.R. 3-12(a)(2).

Accordingly, the Court should relate The Kooser Action with The Actions and assign The Kooser Action to this Court's calendar under Civil Local Rule 3-12(f).

Dated:  April 13, 2018

/s/ *Joshua H. Watson*
Joshua H. Watson

*Attorney for Plaintiffs and the Class*