Joshua H. Watson, California SBN 238058
Email: jwatson@justice4you.com
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
916-777-7777 Telephone
916-924-1829 Facsimile

Kevin S. Hannon (Pro Hac Vice to be filed)
Colo. Bar No. 16015
Email: khannon@hannonlaw.com
**THE HANNON LAW FIRM, LLC.**
1641 Downing Street
Denver, CO 80218
303-861-8800 Telephone
303-861-8855 Facsimile

*Attorneys for Plaintiffs Debra Kooser and Margaret Frankiewicz in Kooser et al. v. Facebook Inc. et al, 18-cv-2009-YGR*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>　　　　　　　　　　Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**CERTIFICATE OF SERVICE** |

Under 28 U.S.C. § 1746, I, Joshua H. Watson, declare as follows:

On April 13, 2018, I caused to be served true copies of the following documents described as Plaintiff Debra Kooser and Margaret Frankiewicz's Response In Support Of Administrative Motion To Consider Whether Cases Should Be Related; the Declaration of Joshua H. Watson in support thereof; and a proposed order upon all parties who have appeared in this action by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF system, which electronically notifies such parties. Additionally, pursuant to Civil L.R. 3-12 and 7-11, I have caused to be served true copies on the interested

parties in this action as follows:

  BY ELECTRONIC MAIL to the persons at the email address listed in the Service List.

  BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the persons at the address listed in the Service List and placed the envelope for collecting and processing correspondence for mailing.  On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**SEE ATTACHED SERVICE LIST**

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  April 13, 2018

              /s/ *Joshua H. Watson*
              Joshua H. Watson
              *Attorney for Plaintiffs and the Class*

# SERVICE LIST

*Price v. Facebook, Inc., et al.,* **Case No. 3:18-CV-01732**

John A. Yanchunis, Esq.
Morgan and Morgan, P.A.
201 N. Franklin Street
7th Floor
Tampa, Florida 33602
jyanchunis@forthepeople.com

Steve William Teppler, Esq.
Abbot Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
steppler@abbottlawpa.com

*O'Kelly v. Facebook, Inc., et al.,* **Case No. 3:18-CV-01915**

Jason Scott Hartley, Esq.
Stueve Siegel Hanson, LLP
550 West C Street, Suite 1750
San Diego, California 92101
hartley@stuevesiegel.com

*Haslinger v. Facebook, Inc., et al.,* **Case No. 4:18-CV-01984**

Christopher Londergan Springer, Esq.
Keller Rohrback L.L.P.
801 Garden Street
Santa Barbara, California 93101
cspringer@kellerrohrback.com

*Beiner v. Facebook, Inc., et al.,* **Case No. 3:18-CV-1953**

Michael W. Sobol, Esq.
David T. Rudolph, Esq.
Melissa Gardner, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
msobol@lchb.com

*Gennock, et al. v. Facebook Inc., et al.,* **Case No. 4:18-CV-01891**

Todd David Carpenter, Esq.
Carlson Lynch Sweet Kilpela & Carpenter LLP
1350 Columbia Street, Suite 603
San Diego, California 92101
tcarpenter@carlsonlynch.com

*Rubin v. Facebook, Inc., et al.,* **Case No. 3:18-cv-01852**

Nicholas A. Carlin, Esq.
Brian S. Conlon, Esq.
Phillips, Erlewine, Given & Carlin LLP
39 Mesa Street, Suite 201 – The Presidio
San Francisco, CA 94129
nac@phillaw.com