Joshua H. Watson, California SBN 238058
Email: jwatson@justice4you.com
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
916-777-7777 Telephone
916-924-1829 Facsimile

Kevin S. Hannon (Pro Hac Vice pending)
Colo. Bar No. 16015
Email: khannon@hannonlaw.com
**THE HANNON LAW FIRM, LLC.**
1641 Downing Street
Denver, CO  80218
303-861-8800 Telephone
303-861-8855 Facsimile

*Attorneys for Plaintiffs and the Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC, and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | CASE NO. 3:18-CV-01732-VC<br><br>**[PROPOSED] ORDER GRANTING ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Having considered Judge Rogers' Order of Referral to Determine Whether *Kooser v. Facebook, Inc., et al.*, Case No. 4:18-cv-2009-YGR (N.D. Cal., filed April 2, 2018) ("Kooser Action") is related to *Price v. Facebook, Inc., et al.*, Case No. 3:18-cv-01732 (filed March 20, 2018) ("Price Action"), *Rubin v. Facebook, Inc., et al*, Case No. 18-cv-01852 (filed March 26, 2018) ("Rubin Action"), *Gennock et al. v. Facebook, Inc., et al.*, Case No. 4:18-cv-01891 (filed March 27, 2018) ("Gennock Action"), *O'Kelly v. Facebook, Inc., et al.*, Case No. 3:18-cv-01915 (filed March 28, 2018) ("O'Kelly Action"), *Beiner, et al. v. Facebook, Inc., et al.*, No. 3:18-cv-1953 (filed March 29, 2018) ("Beiner Action"); and *Haslinger v. Facebook, Inc.*, et al., Case No. 4:18-cv-01984-YGR (filed March 30,

1

[Proposed] Order Granting Plaintiffs' Administrative
Motion to Consider Whether Cases Should Be Related -- 3:18-CV-01732-VC

2018) ("Haslinger Action") and the response in support by Plaintiffs *Debra Kooser* and *Margaret Frankiewicz*, and good cause appearing, the Court grants the administrative Order and orders that:

    1.     The Kooser Action is related to the Price Action, the Rubin Action, the Gennock Action, the O'Kelly Action, the Beiner Action, and the Haslinger Action.

    2.     The Kooser Action shall be assigned to the undersigned judge under Civil Local Rule 3-1612(f).

IT IS SO ORDERED.

Date: _____                      _____

                                                              Honorable Vince Chhabria

2

[Proposed] Order Granting Plaintiffs' Administrative
Motion to Consider Whether Cases Should Be Related -- 3:18-CV-01732-VC