Michael W. Sobol (State Bar No. 194857)
msobol@lchb.com
David T. Rudolph (State Bar No. 233457)
drudolph@lchb.com
Melissa Gardner (State Bar No. 289096)
mgardner@lchb.com
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

Hank Bates (State Bar No. 167688)
hbates@cbplaw.com
Allen Carney
acarney@cbplaw.com
David Slade
dslade@cbplaw.com
CARNEY BATES & PULLIAM, PLLC
519 West 7th Street
Little Rock, AR 72201
Telephone:  501.312.8500
Facsimile:  501.312.8505

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**DECLARATION OF DAVID RUDOLPH IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Hon. Vince Chhabria |

Under 28 U.S.C. § 1746, I, David Rudolph, declare as follows:

1.  I am a partner with the law firm of Lieff Cabraser Heimann & Bernstein LLC, counsel for Plaintiff Theresa Beiner and Brandon Haubert who filed a consumer class action complaint on March 29, 2018 in the United States District Court for the Northern District of California, captioned *Beiner, et al. v. Facebook, Inc., et al.*, No. 18-cv-1953 ("Beiner Action"). Pursuant to Civil Local Rule 7-11, I submit this declaration in support of Plaintiffs Theresa Beiner and Brandon Haubert's Administrative Motion to Consider Whether Cases Should Be Related. If called to testify as a witness, I could and would competently testify to the matters stated herein.

2.  I was unable to obtain a stipulation signed by all affected parties or their counsel before filing this Administrative Motion. As of this filing, no counsel have appeared for Global Science Research Ltd., which is named as a defendant in the actions captioned *Kooser et al. v. Facebook, Inc. et al*, No. 4:18-cv-02009-YGR and *Rubin v. Facebook, Inc., et al.*, No. 3:18-cv-01852.

3.  I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2018, at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　*/s/ David Rudolph*
　　　　　　　　　　　　　　　　　　　　David Rudolph