1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LAUREN PRICE, on behalf of herself and all others similarly situated, | **CASE NO. 3:18-CV-01732-VC** |
|---|---|
| Plaintiffs, | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC | Hon. Vince Chhabria |
| Defendants. | |

1541836.1

PROPOSED ORDER
CASE NO. 3:18-CV-01732-VC

Having considered the administrative motion of Theresa Beiner and Brandon Haubert, plaintiffs in the action *Beiner, et al. v. Facebook, Inc., et al.*, No. 18-cv-1953 (N.D. Cal.) ("Beiner Action"), to consider whether the following actions filed in the Northern District of California:

1.  *Kooser et al. v. Facebook, Inc. et al*, No. 4:18-cv-02009-YGR ("Kooser Action");

2.  *Labajo v. Facebook Inc., et al.*, No. 4:18-cv-02093-KAW ("Labajo Action");

3.  *Picha v. Facebook Inc., et al.*, No. 3:18-cv-02090-SK ("Picha Action");

4.  *Wing et al. v. Facebook Inc.*, No. 3:18-cv-02122-JCS ("Wing Action");

5.  *Johnson et al. v. Facebook, Inc.*, No. 3:18-cv-02127-SI ("Johnson Action"); and

6.  *Gerena v. Facebook, Inc.*, N.D. Cal., 3:18-cv-02201-MEJ ("Gerena Action")

are related to the six actions pending in this District that have already been held to be related cases (*Price v. Facebook, Inc., et al.*, No. 3:18-cv-01732, *Rubin v. Facebook, Inc., et al.*, Case No. 3:18-cv-01852, *Gennock et al. v. Facebook, Inc., et al.*, No. 4:18-cv-01891, *O'Kelly v. Facebook, Inc., et al.*, No. 3:18-cv-01915, *Haslinger v. Facebook, Inc., et al.*, No. 4:18-cv-01984, and the Beiner Action (collectively, "Related Actions")), and good cause appearing, the Court grants this administrative motion and orders that:

1. The Kooser, Labajo, Picha, Wing, Johnson, and Gerena Actions are ordered Related to the actions *Price v. Facebook, Inc., et al.*, No. 3:18-cv-01732, *Rubin v. Facebook, Inc., et al.*, No. 3:18-cv-01852, *Gennock et al. v. Facebook, Inc., et al.*, No. 4:18-cv-01891, *O'Kelly v. Facebook, Inc., et al.*, No. 3:18-cv-01915, *Haslinger v. Facebook, Inc., et al.*, No. 4:18-cv-01984, and *Beiner, et al. v. Facebook, Inc., et al.*, No. 3:18-CV-1953 (N.D. Cal.), under Civil Local Rule 3-12(a);

2. The Kooser, Labajo, Picha, Wing, Johnson, and Gerena Actions shall be assigned to this Court's calendar under Civil Local Rule 3-12(f).

IT IS SO ORDERED.

Dated:_____                    _____
                                          Honorable Vince Chhabria