1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LAUREN PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1542195.1

[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CASE NO. 3:18-CV-1732

In consideration of Plaintiff Natalie Ocegueda's Administrative Motion to Consider Whether Cases Should be Related (ECF No. 29), and good cause appearing, the Court grants the motion and orders that the consumer cases previously related (ECF No. 27) are related to the shareholder derivative actions that are currently pending in this District. These matters include:

| CONSUMER CLASS ACTIONS | | |
| --- | --- | --- |
| **Case Name** | **Case No.** | **Assignment** |
| *Rubin v. Facebook, Inc.* | 18-cv-1852-VC | Hon. Vince Chhabria (San Francisco) |
| *Gennock v. Facebook, Inc.* | 18-cv-1891-VC | |
| *O'Kelly v. Facebook, Inc.* | 18-cv-1915-VC | |
| *Beiner v. Facebook, Inc.* | 18-cv-1953-VC | |
| *Haslinger v. Facebook, Inc.* | 18-cv-1984-VC | |

| DERIVATIVE ACTIONS | | |
| --- | --- | --- |
| **Case Name** | **Case No.** | **Assignment** |
| *Hallisey v. Zuckerberg, et al.* | 18-cv-1792-HSG | Hon. Haywood Gilliam (Oakland) |
| *Martin v. Zuckerberg, et al.* | 18-cv-1834-WHA | Hon. William Alsup (San Francisco) |
| *Ocegueda v. Facebook, et al.* | 18-cv-1892-VC | Hon. Vince Chhabria (San Francisco) |
| *Karon v. Zuckerberg, et al.* | 18-cv-1929-EJD | Hon. Edward Davila (San Jose) |
| *Stricklin Trust v. Zuckerberg* | 18-cv-2011-JSC | Hon. Jacqueline Corley (San Francisco) |

The aforementioned derivative matters shall be reassigned to the undersigned judge pursuant to Local Rule 3-12(f).

IT IS SO ORDERED.

Dated: April ___, 2018

The Hon. Vince Chhabria
United States District Judge

1542195.1

[PROPOSED] ORDER GRANTING PLAINTIFF NATALIE OCEGUEDA'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED, CASE NO. 3:18-CV-1732