| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857) | Hank Bates (State Bar No. 167688) |
| msobol@lchb.com | hbates@cbplaw.com |
| David T. Rudolph (State Bar No. 233457) | Allen Carney |
| drudolph@lchb.com | acarney@cbplaw.com |
| Melissa Gardner (State Bar No. 289096) | David Slade |
| mgardner@lchb.com | dslade@cbplaw.com |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | CARNEY BATES & PULLIAM, PLLC |
| 275 Battery Street, 29th Floor | 519 West 7th Street |
| San Francisco, CA 94111-3339 | Little Rock, AR 72201 |
| Telephone: 415.956.1000 | Telephone: 501.312.8500 |
| Facsimile: 415.956.1008 | Facsimile: 501.312.8505 |

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: 212.355.9500
Facsimile: 212.355.9592

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al v. Facebook, Inc., et al., No. 3:18-CV-1953*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| LAUREN PRICE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC,<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**PROOF OF SERVICE**<br><br>Related Consumer Case Nos.:<br>18-cv-1852-VC<br>18-cv-1891-VC<br>18-cv-1915-VC<br>18-cv-1953-VC<br>18-cv-1984-VC<br><br>Proposed Related Derivative Case Nos.:<br>18-cv-1792-HSG<br>18-cv-1834-WHA<br>18-cv-1893-VC<br>18-cv-1929-EJD<br>18-cv-2011-JSC |

I, David Rudolph, declare and say as follows:

I am a citizen of the United States and resident of the state of California, over the age of 18 years, not a party to the above-entitled action, and am competent to be a witness herein. My business address and telephone number are 275 Battery Street, 29th Floor, San Francisco, CA 94111-3339, telephone 415.956.1000.

On April 13, 2018, using the Northern District of California's Electronic Case Filing System ("ECF"), I caused to be filed and served true and correct copies of the document(s) described as follows:

1. **PLAINTIFFS THERESA BEINER AND BRANDON HAUBERT'S RESPONSE IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED;**

2. **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; and**

3. **PROOF OF SERVICE.**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on April 13, 2018, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by transmitting a true and correct Portable Document Format (PDF) copy via email at the email addresses set forth below:

**SEE ATTACHED SERVICE LIST**

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 13th day of April, 2018, at San Francisco, California.

David Rudolph

## SERVICE LIST

*Rubin v. Facebook, Inc., et al.*, No. 3:18-cv-01852

Nicholas A. Carlin
Brian Samuel Clayton Conlon
**PHILLIPS ERLEWINE GIVEN & CARLIN LLP**
39 Mesa Street, Suite 201
The Presidio
San Francisco, CA 94129
Telephone: (415) 398-0900
Fax: (415) 398-0911
Email: nac@phillaw.com
      bsc@phillaw.com

*Counsel for Plaintiff*

*Gennock v. Facebook, Inc., et al.*, No. 3:18-cv-01891

Todd David Carpenter
Brittany C. Casola
**CARLSON LYNCH SWEET KILPELA & CARPENTER LLP**
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone: (619) 762-1910
Fax: (619) 756-6991
Email: tcarpenter@carlsonlynch.com
      bcasola@carlsonlynch.com

Gary F Lynch
Kelly Kathleen Iverson
**CARLSON LYNCH SWEET & KILPELA, LLP**
**CARLSON LYNCH SWEET KILPELA AND CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: (412) 322-9243
Fax: (412) 231-0246
Email: glynch@carlsonlynch.com
      kiverson@carlsonlynch.com

| | |
|---|---|
| 1 | Karen Hanson Riebel |
| | Kate M. Baxter-Kauf |
| 2 | **LOCKRIDGE GRINDAL NAUEN** |
| | 100 Washington Avenue South |
| 3 | Suite 2200 |
| | Minneapolis, MN 55401 2179 |
| 4 | Telephone: (612) 339-6900 |
| | Fax: (612) 339-0981 |
| 5 | Email: khriebel@locklaw.com |
| | kmbaxter-kauf@locklaw.com |
| 6 | |
| | Arthur M. Murray |
| 7 | Caroline W. Thomas |
| | **MURRAY LAW FIRM** |
| 8 | 650 Poydras Street, Suite 2150 |
| | New Orleans, LA 70130 |
| 9 | Telephone: (504) 525-8100 |
| | Facsimile: (504) 584-5249 |
| 10 | Email: amurray@murray-lawfirm.com |
| | CThomas@murray-lawfirm.com |
| 11 | |
| | Kenneth W. DeJean |
| 12 | Adam Russell Credeur |
| | **LAW OFFICES OF KENNETH W. DEJEAN** |
| 13 | P.O. Box 4325 |
| | Lafayette, LA 70502 |
| 14 | Telephone: (337) 235-5294 |
| | Fax: (337) 235-1095 |
| 15 | Email: kwdejean@kwdejean.com |
| | adam@kwdejean.com |
| 16 | |
| | *Counsel for Plaintiffs* |
| 17 | |
| | *O'Kelly v. Facebook, Inc., et al.*, **No. 3:18-cv-01915** |
| 18 | |
| | Norman E. Siegel |
| 19 | Barrett J. Vahle |
| | **STUEVE SIEGEL HANSON LLP** |
| 20 | 460 Nichols Road, Suite 200 |
| | Kansas City, Missouri 64112 |
| 21 | Phone: (816) 714-7100 |
| | Fax: (816) 714-7101 |
| 22 | Email: siegel@stuevesiegel.com |
| | vahle@stuevesiegel.com |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

| | |
|---|---|
| 1 | Jason Scott Hartley |
| | **STUEVE SIEGEL HANSON, LLP** |
| 2 | 550 West C Street |
| | Suite 1750 |
| 3 | San Diego, CA 92101 |
| | Telephone: (619) 400-5822 |
| 4 | Fax: (619) 400-5832 |
| | Email: hartley@stuevesiegel.com |
| 5 | |
| | *Counsel for Plaintiff* |
| 6 | |

*Gloria Stricklin Trust v.Zuckerberg, et al.*, No. 18-cv-2011

Joseph J. Tabacco, Jr.
Daniel E. Barenbaum
A. Chowning Poppler
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
         dbarenbaum@bermantabacco.com

*Counsel for Plaintiff*

*Haslinger v. Facebook, Inc., et al.*, No. 3:19-cv-01984

Christopher Londergan Springer
**KELLER ROHRBACK L.L.P.**
801 Garden Street
Santa Barbara, CA 93101
Telephone: (805) 456-1496
Email: cspringer@kellerrohrback.com

Lynn Lincoln Sarko
Gretchen Freeman Cappio
Cari Campen Laufenberg
**KELLER ROHRBACK, LLP**
1201 Third Avenue, Suite 3200
Seattle, WA 98101
206-623-1900
Fax: 206-623-3384
Email: lsarko@kellerrohrback.com
         gcappio@kellerrohrback.com
         claufenberg@kellerrohrback.com

*Counsel for Plaintiffs*

*Hallisey v. Zuckerberg, et al.*, No. 4:18-cv-01792

Joseph W. Cotchett
Mark Cotton Molumphy
Gina Stassi

1542213.1                                      - 4 -                                      PROOF OF SERVICE
                                                                                          CASE NO. 3:18-CV-1732

| | |
|---|---|
|1| Stephanie Biehl |
| | **COTCHETT PITRE & MCCARTHY, LLP** |
|2| San Francisco Airport Office Center |
| | 840 Malcolm Road, Suite 200 |
|3| Burlingame, Ca 94010 |
| | Telephone: (650) 697-6000 |
|4| Fax: (650) 697-0577 |
| | Email: jcotchett@cpmlegal.com |
|5| mmolumphy@cpmlegal.com |
| | gstassi@cpmlegal.com |
|6| sbiehl@cpmlegal.com |
|7| *Counsel for Plaintiff* |
|8| |
| | Paul J. Collins |
|9| **GIBSON, DUNN, CRUTCHER LLP** |
| | 1881 Page Mill Road |
|10| Palo Alto, CA 94304 |
| | Telephone: (650) 849-5309 |
|11| Fax: (650) 849-5333 |
| | Email: pcollins@gibsondunn.com |
|12| |
| | *Counsel for Nominal Defendant Facebook, Inc.* |
|13| |
| | *Martin v. Zuckerberg, et al.*, **No. 3:18-cv-01834** |
|14| |
| | Patrice L. Bishop |
|15| **STULL, STULL & BRODY** |
| | 9430 West Olympic Boulevard |
|16| Suite 400 |
| | Beverly Hills, CA 90212 |
|17| Telephone: (310) 209-2468 |
| | Email: pbishop@ssbla.com |
|18| |
| | Lynda J. Grant |
|19| **THE GRANT LAW FIRM, PLLC** |
| | 521 Fifth Avenue, 17th Floor |
|20| New York, NY 10175 |
| | Telephone: (212) 292-4441 |
|21| Fax: (212) 292-4442 |
| | Email: lgrant@grantfirm.com |
|22| |
| | *Ocegueda v. Zuckerberg, et al.*, **No. 3:18-cv-01893** |
|23| |
| | Francis A. Bottini , Jr. |
|24| Yury A. Kolesnikov |
| | **BOTTINI AND BOTTINI, INC.** |
|25| 7817 Ivanhoe Avenue |
| | Suite 102 |
|26| La Jolla, CA 92037 |
| | Telephone: (858) 914-2001 |
|27| Fax: (858) 914-2002 |
| | Email: fbottini@bottinilaw.com |
|28| sammirati@bottinilaw.com |

1542213.1 — - 5 - — PROOF OF SERVICE
CASE NO. 3:18-CV-1732

1  
*Counsel for Plaintiff*

*Karon v. Zuckerberg, et al.*, **No. 5:18-cv-01929**

Derek G. Howard  
**DEREK G. HOWARD LAW FIRM, INC.**  
42 Miller Avenue  
Mill Valley, CA 94941  
Telephone: (415) 432-7192  
Fax: (415) 524-2419  
Email: derek@derekhowardlaw.com

Daniel Joseph Mulligan  
Larry Wayne Gabriel  
**JENKINS, MULLIGAN & GABRIEL, LLP**  
10085 Carroll Canyon Road  
Suite 210  
San Diego, CA 92131  
Telephone: (415) 982-8500  
Fax: (415) 982-8515  
Email: dan@jmglawoffices.com  
         lgabriel@brutzkusgubner.com

*Counsel for Plaintiff*

1542213.1 — - 6 - — PROOF OF SERVICE  
CASE NO. 3:18-CV-1732