| | |
|---|---|
| Michael W. Sobol (State Bar No. 194857)<br>msobol@lchb.com<br>David T. Rudolph (State Bar No. 233457)<br>drudolph@lchb.com<br>Melissa Gardner (State Bar No. 289096)<br>mgardner@lchb.com<br>LIEFF CABRASER HEIMANN<br>& BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  415.956.1000<br>Facsimile:  415.956.1008 | Hank Bates (State Bar No. 167688)<br>hbates@cbplaw.com<br>Allen Carney<br>acarney@cbplaw.com<br>David Slade<br>dslade@cbplaw.com<br>CARNEY BATES & PULLIAM, PLLC<br>519 West 7th Street<br>Little Rock, AR 72201<br>Telephone:  501.312.8500<br>Facsimile:  501.312.8505 |

Nicholas Diamand
ndiamand@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592

*Attorneys for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC<br><br>Defendants. | **CASE NO. 3:18-CV-01732-VC**<br><br>**CERTIFICATE OF SERVICE**<br><br>**(CIV. L.R. 5-5)** |

1542163.1

CERTIFICATE OF SERVICE
CASE NO. 3:18-CV-01732-VC

I, David T. Rudolph, declare as follows:

1. I am employed in the County of San Francisco, State of California. I am over eighteen years of age and am not a party to this action. My business address is 275 Battery Street, San Francisco, California, 94111.

2. On April 13, 2018, I caused to be served true and correct copies of Plaintiffs Theresa Beiner and Brandon Haubert's Administrative Motion to Consider Whether Cases Should be Related, Declaration of David Rudolph in Support of Administrative Motion to Consider Whether Cases Should be Related, and [Proposed] Order Granting Plaintiffs' Motion to Consider Whether Cases Should be Related, and this Certificate of Service upon all parties who have appeared in this action by electronically filing the foregoing with the Clerk of the District Court using its CM/ECF system, which provides electronic notification to such parties. I also served a copy of the motion, together with proof of service pursuant to Civil L.R. 5-5, on all known parties to each action subject to this motion as described on the enclosed Service List.

Dated: April 13, 2018                             By:   /s/ David T. Rudolph

David T. Rudolph
drudolph@lchb.com
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Counsel for Plaintiffs Theresa Beiner and Brandon Haubert in Beiner, et al. v. Facebook, Inc., et al., No. 3:18-CV-1953*

## SERVICE LIST

**By Email:**

**Counsel for Plaintiffs in *Kooser et al. v. Facebook, Inc. et al*, No. 4:18-cv-02009-YGR:**
John A. Yanchunis
Morgan and Morgan, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
jyanchunis@forthepeople.com

Steven William Teppler
Abbott Law Group, P.A.
2929 Plummer Cove Road
Jacksonville, FL 32223
steppler@abbottlawpa.com

**Counsel for Plaintiff in *Labajo v. Facebook Inc., et al.*, No. 4:18-cv-02093-KAW:**
Rosanne L. Mah
Finkelstein Thompson
100 Pine Street, Suite 1250
San Francisco, CA 94111
rlm@classlitigation.com

Gordon M. Fauth, Jr.
Litigation Law Group
1801 Clement Ave, Suite 101
Alameda, CA 94501
gmf@classlitigation.com

**Counsel for Plaintiff in *Picha v. Facebook Inc., et al.*, No. 3:18-cv-02090-SK:**
William Allan Lemkul
Morris Sullivan & Lemkul LLP
9915 Mira Mesa Boulevard, Suite 300
San Diego, CA 92131-2443
lemkul@morrissullivanlaw.com

Ann Ritter
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
aritter@motleyrice.com

Jodi Westbrook Flowers
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
jflowers@motleyrice.com

Kimberly Barone Baden
Motley Rice LLC
28 Bridgeside Boulevard
Mount Pleasant, SC 29464
kbarone@motleyrice.com

| | |
|---|---|
| 1 | **Counsel for Plaintiffs in *Wing et al. v. Facebook Inc.*, No. 3:18-cv-02122-JCS:** |
| | Ben Barnow |
| 2 | Barnow and Associates, P.C. |
| | One North LaSalle Street, Suite 4600 |
| 3 | Chicago, IL 60602 |
| | b.barnow@barnowlaw.com |
| 4 | |
| | Erich Paul Schork |
| 5 | Barnow and Associates, P.C. |
| | One North LaSalle Street, Ste. 4600 |
| 6 | Chicago, IL 60602 |
| | e.schork@barnowlaw.com |
| 7 | |
| | Timothy G. Blood |
| 8 | Blood Hurst & O'Rearden, LLC |
| | 501 West Broadway, Suite 1490 |
| 9 | San Diego, CA 92101 |
| | tblood@bholaw.com |
| 10 | |
| | **Counsel for Plaintiffs in *Johnson et al. v. Facebook, Inc.*, No. 3:18-cv-02127-SI:** |
| 11 | Shana E. Scarlett |
| | Hagens Berman Sobol Shapiro LLP |
| 12 | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| 13 | shanas@hbsslaw.com |
| 14 | Robert F Lopez |
| | Hagens Berman Sobol Shapiro LLP |
| 15 | 1918 Eigth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| 16 | robl@hbsslaw.com |
| 17 | Steve W. Berman |
| | Hagens Berman Sobol Shapiro LLP |
| 18 | 1918 Eighth Avenue, Suite 3300 |
| | Seattle, WA 98101 |
| 19 | steve@hbsslaw.com |
| 20 | **Counsel for Plaintiff in *Gerena v. Facebook, Inc.*, No. 3:18-cv-02201-MEJ:** |
| | Gayle Meryl Blatt |
| 21 | Casey Gerry Schenk Francavilla Blatt & Penfield LLP |
| | 110 Laurel Street |
| 22 | San Diego, CA 92101 |
| | gmb@cglaw.com |
| 23 | |
| | **Counsel for Plaintiff in *Gennock et al. v. Facebook, Inc., et al.,* No. 4:18-cv-01891-VC:** |
| 24 | |
| | Adam Russell Credeur |
| 25 | Law Offices of Kenneth W. DeJean |
| | P.O. Box 4325 |
| 26 | Lafayette, LA 70502 |
| | adam@kwdejean.com |
| 27 | |
| | Arthur Mahony Murray |
| 28 | Murray Law Firm |

```
 1  Poydras Center
    650 Poydras St.
 2  Suite 2150
    New Orleans, LA 70130
 3  amurray@murray-lawfirm.com

 4  Caroline Thomas White
    Murray Law Firm
 5  Poydras Center
    650 Poydras St., Suite 2150
 6  New Orleans, LA 70130
    cthomas@murray-lawfirm.com
 7
    Gary F Lynch
 8  Carlson Lynch Sweet & Kilpela, LLP
    36 North Jefferson Street
 9  PO Box 7635
    New Castle, PA 16107
10  glynch@carlsonlynch.com

11  Karen Hanson Riebel
    Lockridge Grindal Nauen
12  100 Washington Avenue South
    Suite 2200
13  Minneapolis, MN 55401 2179
    khriebel@locklaw.com
14
    Kate M. Baxter-Kauf
15  Lockridge Grindal Nauen P.L.L.P.
    100 Washington Avenue S., Suite 2200
16  Minneapolis, MN 55401
    kmbaxter-kauf@locklaw.com
17
    Kelly Kathleen Iverson
18  Carlson Lynch Sweet Kilpela and Carpenter LLP
    1133 Penn Avenue, 5th Floor
19  Pittsburgh, PA 15222
    kiverson@carlsonlynch.com
20
    Kenneth W. DeJean
21  Law Offices of Kenneth W. DeJean
    P.O. Box 4325
22  Lafayette, LA 70502
    kwdejean@kwdejean.com
23
    Todd David Carpenter
24  Carlson Lynch Sweet Kilpela & Carpenter LLP
    1350 Columbia Street, Suite 603
25  San Diego, CA 92101
    tcarpenter@carlsonlynch.com
26

27  Counsel for Plaintiff in O'Kelly v. Facebook, Inc., et al., No.3:18-cv-01915-VC:
    Jason Scott Hartley
28  Stueve Siegel Hanson, LLP
```

| | |
|---|---|
| 1 | 550 West C Street, Suite 1750 |
| | San Diego, CA 92101 |
| 2 | hartley@stuevesiegel.com |
| 3 | **Counsel for Plaintiff in *Haslinger v. Facebook, Inc., et al.*, No. 4:18-cv-01984-VC:** |
| | Christopher Londergan Springer |
| 4 | Keller Rohrback L.L.P. |
| | 801 Garden Street |
| 5 | Santa Barbara, CA 93101 |
| | cspringer@kellerrohrback.com |
| 6 | |
| | Cari Campen Laufenberg |
| 7 | Keller, Rohrback, LLP |
| | 1201 Third Avenue, Suite 3200 |
| 8 | Seattle, WA 98101 |
| | claufenberg@kellerrohrback.com |
| 9 | |
| | Lynn Lincoln Sarko |
| 10 | Keller Rohrback L.L.P. |
| | 1201 Third Avenue, Suite 3200 |
| 11 | Seattle, WA 98101-3052 |
| | lsarko@kellerrohrback.com |
| 12 | |
| 13 | **Counsel for Plaintiff in *Rubin v. Facebook, Inc., et al.*, No. 3:18-cv-0185-VC** |
| | Nicholas A. Carlin |
| 14 | Phillips Erlewine Given & Carlin LLP |
| | 39 Mesa Street, Suite 201 |
| 15 | The Presidio |
| | San Francisco, CA 94129 |
| 16 | nac@phillaw.com |
| 17 | Brian Samuel Clayton Conlon |
| | Phillips, Erlewine, Given & Carlin LLP |
| 18 | 39 Mesa Street, Suite 201 |
| | The Presidio |
| 19 | San Francisco, CA 94129 |
| | bsc@phillaw.com |
| 20 | |
| | **Counsel for Cambridge Analytica and SCL Group Limited; SCL USA Inc.:** |
| 21 | Mark Scarsi |
| | Milbank, Tweed, Hadley & McCloy LLP |
| 22 | 2029 Century Park East 33rd Fl. |
| | Los Angeles CA 90067 |
| 23 | mscarsi@milbank.com |
| 24 | |
| 25 | **By United States Mail:** |
| 26 | **Global Science Research Ltd.** |
| | 6th Floor 49 Peter Street, |
| 27 | Manchester, England, M2 3NG |
| 28 | |