UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHINDER,<br><br>                Plaintiff,<br><br>        v.<br><br>FACEBOOK INC., et al.,<br><br>                Defendants. | Case No.  18-cv-02571-EDL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Chhabria for consideration of whether the case is related to 18-cv-1732.

**IT IS SO ORDERED.**

Dated: May 3, 2018



ELIZABETH D. LAPORTE
United States Magistrate Judge