BLEICHMAR FONTI & AULD LLP
Lesley E. Weaver (191305)
Matthew S. Weiler (236052)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Scott Schinder and the Proposed Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE v. FACEBOOK, INC, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC <br><br> Defendants. | Case No: 3:18-cv-01732-VC <br><br> **PLAINTIFF SCHINDER'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL RULE 3-12(e)** <br><br> (Civil L.R. 3-12(e) and 7-11) <br><br> Hon. Vince Chhabria |

## INTRODUCTION

Pursuant to Local Rules 3-12(e) of the Civil Local Rules, Plaintiff Schinder ("Plaintiff") brings this motion in support of relating *Schinder v. Facebook, Inc.*, No. 3:18-02571-EDL ("*Schinder*") to *Price v. Facebook, Inc.*, Case No. 3:18-cv-01732 ("*Price*"). *Price* is the first-filed case in this District that concerns allegations that Facebook allowed its users' personal information to be exploited by application developers ("app developers") such as Cambridge Analytica LLC. *Schinder* concerns similar allegations, based on Facebook's business dealings with Cambridge Analytica and other app developers. Because both the *Schinder* and *Price* actions concern substantially the same parties and transactions, the adjudication of the issues in separately assigned cases would duplicate efforts and waste judicial resources. Accordingly, the *Schinder* action should be related to the *Price* action, and Plaintiff Schinder hereby supports under Local Rule 3-12(e) the referral by the Hon. Elizabeth D. Laporte to relate the two actions.

## BACKGROUND

On May 1, 2018, Plaintiff filed a complaint in this District on behalf of a class of consumers against defendants Facebook, Inc., Cambridge Analytica LLC, and DOES 1-100.  *See* Complaint, *Schinder v. Facebook, Inc.*, Case No. 3:18-cv-02571 (N.D. Cal. *filed* May 1, 2018), ECF No. 1 ("*Schinder* Complaint"), attached as Exhibit 1 to the Declaration of Matthew S. Weiler ("Weiler Decl.").  The *Schinder* complaint is premised on the factual allegations that Facebook breached duties to its users and caused harm to a class of consumers by and through its relationship with Cambridge Analytica, among other third party app developers.  Plaintiff has plead claims for relief under the Stored Communications Act ("SCA"), 18 U.S.C. § 2701(a); California's Right of Publicity, Cal. Civ. Code § 3344; California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 1700, *et seq.*; Invasion of Privacy by Intrusion; and Unjust Enrichment. Plaintiff Schinder noted on his Amended Civil Cover Sheet that the *Schinder* action was related to the *Price* action, and other actions this Court has related to the Price action. *See* Weiler Decl., Ex. 2.

Plaintiff agrees the Schinder action should be related to *Price*, the first filed case in this District. Like *Schinder*, the *Price* complaint names Facebook, Inc. and Cambridge Analytica as defendants. *See* Complaint, *Price v. Facebook, Inc.*, Case No. 3:18-cv-01732 (N.D. Cal. *filed* March

20, 2018), ECF No. 1 ("*Price* complaint"). Specifically, the *Price* complaint alleges that Cambridge Analytica improperly exploited the personal information of over 50 million Facebook users through the app MyDigitalLife in and around the 2016 election. The complaint further states that "Facebook, for its part, knew this improper data aggregation was occurring and failed to stop it, or actively avoided discovering such knowledge in order to profess supposed ignorance." *Id.* at ¶ 4.

On May 22, 2018, *Price* was reassigned to the Honorable Vince Chhabria. *See* Dkt. No. 10. Since that time, Judge Chhabria has issued orders relating several other cases that, like *Price*, focus on the exploitation of Facebook users' personal information.

On April 16, 2018, the court issued an order relating the following cases to *Price*:
- *Rubin v. Facebook, Inc.*, Case No. 3:18-cv-01852 (N.D. Cal. *filed* March 26, 2018) ("Rubin Action");
- *Gennock v. Facebook, Inc.*, Case No. 4:18-cv-01891 (N.D. Cal. *filed* March 27, 2018) ("Gennock Action");
- *O'Kelly v. Facebook, Inc.*, Case No. 3:18-cv-01915 (N.D. Cal. *filed* March 28, 2018) ("O'Kelly Action");
- *Beiner v. Facebook, Inc.*, Case. No. 3:18-cv-01953 (N.D. Cal. *filed* March 29, 2018) ("Beiner Action");
- *Haslinger v. Facebook, Inc.*, Case No. 4:18-cv-01984 (N.D. Cal. *filed* March 30, 2018) ("Haslinger Action");
- *Kooser v. Facebook, Inc.*, Case No. 3:18-cv-02009 (N.D. Cal. *filed* April 2, 2018) ("Kooser Action").

*See* Dkt. No. 40.

On April 30, 2018, the court related the following additional cases to *Price*:
- *Labajo v. Facebook*, *Inc.*, Case No. 3:18-cv-02093-KAW (N.D. Cal. *filed* Apr. 5, 2018) ("*Labajo* action");
- *Picha v. Facebook, Inc.*, Case No. 3:18-cv-02090-SK (N.D. Cal. *filed* Apr. 5, 2018) ("*Picha* Action);
- *Iron Wing v. Facebook*, *Inc.*, Case No. 3:18-cv-02122-HSG (N.D. Cal. *filed* Apr. 6, 2018) ("*Iron Wing* action");
- *Johnson v. Facebook*, *Inc.*, Case No. 3:18-cv-02127-SI (N.D. Cal. *filed* Apr. 9, 2018) ("*Johnson* action");
- *Buckles v. Facebook*, *Inc.*, Case No. 3:18-cv-02189-KAW (N.D. Cal. *filed* Apr. 12, 2018) ("*Buckles* action");
- *Gerena v. Facebook*, *Inc.*, Case No. 3:18-cv-02201-MEJ (N.D. Cal. *filed* Apr. 12, 2018) ("*Gerena* action");
- *King v. Facebook*, *Inc.*, Case No. 3:18-cv-02276-YGR (N.D. Cal. *filed* Apr. 16, 2018) ("*King* action").

*See* Dkt. No. 46.

Just like *Schinder*, these cases all center around Facebook's business dealing with Cambridge Analytica, and the personal information Facebook allowed to be exploited.

On May 3, 2018 the Hon. Magistrate Judge Laporte issued a referral of this case to the Honorable Judge Chhabria for consideration of determining the relationship to *Price*. Weiler Decl., Ex. 3.

## ARGUMENT

Under Civil Local Rule 3-12, an "action is related to another when: (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the lowest numbered case an Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). That motion must include "(1) the title and case number of each apparently related case; (2) a brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." *Id.* Once a judicial referral is made, "[t]he parties must file any response in opposition to or support of relating the cases pursuant to Civil L.R. 3-12(e)."

Like *Price* and the other related actions, the *Schinder* complaint names as defendants Facebook, Inc. and Cambridge Analytica. Also, like *Price* and the other related actions, the *Schinder* complaint focuses on the collection and dissemination of Facebook users' personal information to third party app developers, including Cambridge Analytica, without users' knowledge or consent.

*Schinder* and *Price* should be related because they have similar factual and legal allegations concerning the same exploitation of user data. For instance, *Schinder*, *Price* and many other related actions all allege violations of California's UCL. *See Schinder* complaint at ¶ 97-107; *Price*, 18-cv-01732, ECF No. 1 at ¶ 34-46; *Rubin*, 18-cv-01852, ECF No. 1 at ¶ 83-91; *O'Kelly*, 18-cv-01915, ECF No. 1 at ¶ 45-63; *Beiner*, 18-cv-01953, ECF No. 1 at ¶ 98-104; *Haslinger*, 18-cv-01984, ECF No. 1 at ¶ 111-125; *Kooser*, 18-cv-02009, ECF No. 1 at ¶ 50-69; *Labajo*, 18-cv-02093-KAW, ECF No. at ¶ 142-149; *Picha*, 18-cv-02090-SK, ECF No. 1 at ¶ 120-129; *Johnson*, 18-cv-02127-SI, ECF No. 1 at ¶

103-121; *Gerena*, 18-cv-02201-MEJ, ECF No. 1 at ¶ 70-75; *King*, 18-cv-02276-YGR, ECF No. 1 at ¶ 122-130.

*Schinder* also alleges violations of the SCA, Invasion of Privacy and Unjust Enrichment – claims raised in many of the actions the Court has already found related to *Price*. See *Rubin*, 18-cv-01852, ECF No. 1 at ¶ 75-82; *Gennock*, 18-cv-01891, ECF No. 1 at ¶ 69-107; *O'Kelly*, 18-cv-01915, ECF No. 1 at ¶ 95-102; *Beiner*, 18-cv-01953, ECF No. 1 at ¶ 80- 97 and ¶ 105-123; *Haslinger*, 18-cv-01984, ECF No. 1 at ¶ 62-78 and 91-110; *Kooser*, 18-cv-02009, ECF No. 1 at ¶ 98-118; *Labajo*, 18-cv-02093-KAW, ECF No. at ¶ 101-107 and 158-163; *Picha*, 18-cv-02090-SK, ECF No. 1 at ¶ 109-119, 130-139, and 165-183; *Iron Wing*, 18-cv-02122-HSG, ECF No. 1 at ¶ 60-69, 85-91, and 97-101; *Johnson*, 18-cv-02127-SI, ECF No. 1 at ¶ 122-130; *Gerena*, 18-cv-02201-MEJ, ECF No. 1 at ¶ 59-64 and 93-103; *King*, 18-cv-02276-YGR, ECF No. 1 at ¶ 75-107.

In short, both *Schinder* and *Price* center on a similar set of facts, the exploitation of Facebook users' personal information, and raise similar issues of state, federal, and common law. Relating the two cases will promote judicial economy and avoid "unduly burdensome duplication of labor and expense or conflicting results." Civil L.R. 3-12(a). Thus, Plaintiff Schinder supports Judge Laporte's referral under Local Rule 3-12(e).

## CONCLUSION

Plaintiff respectfully asks the Court to relate the *Schinder* action to *Price*.

DATED: May 8, 2018

By: */s/ Lesley E. Weaver*

Lesley E. Weaver (191305)
Matthew S. Weiler (236052)
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

Daniel E. Gustafson (*pro hac vice* to be submitted)
Daniel C. Hedlund (*pro hac vice* to be submitted)
Joseph C. Bourne (SBN 308196)
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55302
Tel: (612) 333-8844
Fax: (612) 339-662
dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
jbourne@gustafsongluek.com

Joseph Goldberg (*pro hac vice* to be submitted)
Vince J. Ward (*pro hac vice* to be submitted)
**FREEDMAN BOYD HOLLANDER GOLDBERG URIAS & WARD P.A**.
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761
jg@fbdlaw.com
vjw@fbdlaw.com

*Attorneys for Plaintiff Scott Schinder and the Proposed Class*