BLEICHMAR FONTI & AULD LLP
Lesley E. Weaver (191305)
Matthew S. Weiler (236052)
555 12th Street, Suite 1600
Oakland, CA 94607
Telephone: (415) 445-4003
Facsimile: (415) 445-4020
lweaver@bfalaw.com
mweiler@bfalaw.com

*Attorneys for Plaintiff Scott Schinder and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRICE v. FACEBOOK, INC, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC <br><br> Defendants. | Case No: 3:18-cv-01732-VC <br><br> DECLARATION OF MATTHEW S. WEILER IN SUPPORT OF MOTION TO RELATE UNDER LOCAL RULE 3-12(e) |

I, Matthew S. Weiler, declare and state as follows:

1.      I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California.  I am an attorney with Bleichmar Fonti & Auld LLP, local counsel for plaintiff Scott Schinder in *Schinder v. Facebook*, Case No. 3:18-cv-02571 (N.D. Cal. *filed* May 2, 2018).  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

2.      This declaration is made in support of Plaintiff's Administrative Motion to Consider Whether Cases Should Be Related Under Local Rule 3-12(e), and in support of a judicial referral to issued by the Hon. Judge Elizabeth D. Laporte.

3.      A true and correct copy of the complaint in *Schinder v. Facebook, Inc.*, Case No. 3:18-cv-02571, ECF No. 1 (the "*Schinder* complaint"), is attached hereto as Exhibit 1.

4.      A true and correct copy of the Amended Civil Cover Sheet to the *Schinder* complaint is attached to this declaration as Exhibit 2. This civil cover sheet notes that the matter was potentially related to *Price v. Facebook, Inc.*, Case no. 3:18-cv-01732-VC (N.D. Cal. *filed* March 20, 2018); *Rubin v. Facebook, Inc.,* Case No. 3:18-cv-01852 (N.D. Cal. *filed* March 26, 2018); *Gennock  v. Facebook, Inc.*, Case No. 4:18-cv-01891 (N.D. Cal. *filed* March 27, 2018); *O'Kelly v. Facebook, Inc.*, Case No. 3:18-cv-01915 (N.D. Cal. *filed* March 28, 2018); *Beiner v. Facebook, Inc.*, Case. No. 3:18-cv-01953 (N.D. Cal. *filed* March 29, 2018); *Haslinger v. Facebook, Inc.*, Case No. 4:18-cv-01984 (N.D. Cal. *filed* March 30, 2018); *Kooser v. Facebook, Inc.*, Case No. 3:18-cv-02009 (N.D. Cal. *filed* Apr. 2, 2018).

5.      The *Schinder* complaint was initially assigned to the Hon. Elizbeth D. Laporte.  On May 3, 2018, the Hon. Elizabeth D. Laporte issued a referral of this case to the Hon. Judge Chhabria for consideration of determining the relationship to *Price*. A true and correct copy of this notice of relation is attached hereto as Exhibit 3.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and to the best of my knowledge.

DATED:  May 8, 2018                    _/s/ Matthew S. Weiler_____

                                       Matthew S. Weiler