UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHINDER, <br><br>    Plaintiff, <br><br> v. <br><br> FACEBOOK INC., et al., <br><br>    Defendants. | Case No. 18-cv-02571-EDL <br><br> **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Chhabria for consideration of whether the case is related to 18-cv-1732.

**IT IS SO ORDERED.**

Dated: May 3, 2018

ELIZABETH D. LAPORTE
United States Magistrate Judge