1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PRICE v. FACEBOOK, INC, <br><br> Plaintiffs, <br><br> v. <br><br> FACEBOOK, INC., and CAMBRIDGE ANALYTICA, LLC <br><br> Defendants. | Case No: 3:18-cv-01732-VC <br><br> [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED UNDER LOCAL RULE 3-12(e) |

CASE NO. 3:18-CV-01732-VC                     [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 3:18-CV-02571-EDL                        TO CONSIDER WHETHER CASES SHOULD BE RELATED

1    Scott Schinder (plaintiff in the action styled *Schinder v. Facebook, Inc.,* Case No. 3:18-cv-
2  02571-EDL) filed an Administrative Motion to Consider Whether Cases Should Be Related under Civil
3  Local Rule 3-12(e) in the above-captioned action.  Having considered the pleadings on file, and the *sua*
4  *sponte* referral by the Hon. Judge Elizabeth D. Laporte, the Court finds that the following cases are
5  related for purposes of Local Rule 3-12(a):

   *Schinder v. Facebook*, *Inc.*, Case No. 3:18-cv-02571-EDL

   *Price v. Facebook, Inc.*, Case No. 3:18-cv-01732-VC

   IT IS SO ORDERED.

DATED: _____

                                        Hon. Vince Chhabria

CASE NO. 3:18-CV-01732-VC                [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
CASE NO. 3:18-CV-02571-EDL                TO CONSIDER WHETHER CASES SHOULD BE RELATED