Clayeo C. Arnold, California SBN 65070
Email: carnold@justice4you.com
Joshua H. Watson, California SBN 238058
Email: jwatson@justice4you.com
**CLAYEO C. ARNOLD, A PROFESSIONAL LAW CORPORATION**
865 Howe Avenue
Sacramento, California 95825
916-777-7777 Telephone
916-924-1829 Facsimile

Steven W. Teppler (pro hac vice)
steppler@abbottlawpa.com
**ABBOTT LAW GROUP, P.A**.
2929 Plummer Cove Road
Jacksonville, FL  32223
T: 904.292.1111
F: 904.292.1220

John A. Yanchunis (pro hac vice)
Ryan McGee (pro hac vice)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813/223-5505
813/223-5402 (fax)
*jyanchunis@ForThePeople.com*
*rmcgee@ForThePeople.com*

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAUREN PRICE, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>Facebook, Inc., and Cambridge Analytica,<br><br>Defendants. | CASE NO. 3:18-CV-01732-VC<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO STAY** |

PLEASE TAKE NOTICE that Plaintiff, LAUREN PRICE ("Plaintiff"), by and through her undersigned counsel, neither opposes Defendant's, Facebook, Inc., Motion to Stay, (Dkt. No. 41), filed in this case, nor the relief requested therein.

Dated: May 9, 2018

John A. Yanchunis (Pro Hac Vice to be filed)
Ryan McGee (Pro Hac Vice to be filed)
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: 813/223-5505
813/223-5402 (fax)
*jyanchunis@ForThePeople.com*
*rmcgee@ForThePeople.com*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record. All copies of documents required to be served by Fed. R. Civ. P. 5(a) have been so served on this the 9th of May, 2018.

/s/ John A. Yanchunis

PLAINTIFF'S NON-OPPOSITION TO DEFENDANT'S MOTION TO STAY