UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN PRICE, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Case No. 18-cv-01732-VC<br><br>**ORDER GRANTING MOTION TO STAY**<br><br>Re: Dkt. No. 41 |

The Court has considered the parties' briefing on Defendant Facebook, Inc.'s Motion to Stay Proceedings, and the evidence and argument offered in support of or in opposition to this Motion.

Good cause having been shown, Facebook, Inc.'s Motion to Stay is granted. The Court hereby stays all further proceedings in this action until a decision from the Judicial Panel on Multidistrict Litigation on the Motion to Consolidate and Transfer filed in MDL No. 2843, without prejudice to Plaintiffs' ability to seek interim relief from the Court if necessary, and without prejudice to Facebook or any other defendant opposing such relief. Following a decision by the Panel, the parties shall meet and confer regarding deadlines to respond to Plaintiff's complaint.

This order applies to all cases currently related to this case: 3:18-cv-01852-VC, 18-cv-01891-VC, 18-cv-01915-VC, 18-cv-01953-VC, 18-cv-01984-VC, 18-cv-02009-VC, 18-cv-02090-VC, 18-cv-02093-VC, 18-cv-02122-VC, 18-cv-02127-VC, 18-cv-02189-VC, 18-cv-02201-VC, 18-cv-02276-VC, 18-cv-02381-VC, and 18-cv-02571-VC.

**IT IS SO ORDERED.**

Dated: May 10, 2018

_____
VINCE CHHABRIA
United States District Judge