UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE PELC,<br><br>       Plaintiff,<br><br>   v.<br><br>FACEBOOK, INC., et al.,<br><br>       Defendants. | Case No. 18-cv-02948-KAW<br><br>**JUDICIAL REFERRAL FOR THE PURPOSES OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Price v. Facebook, Inc.*, 18-cv-1732-VC.

**IT IS SO ORDERED.**

Dated: May 31, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge