# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MATTHEW BOUILLON,**<br>Plaintiff**,**<br>vs.<br>**FACEBOOK, INC.,**<br>Defendant**.** | CASE NO. 18-cv-02565-YGR<br><br>**SUA SPONTE REFERRAL ORDER FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), the undersigned sua sponte refers this matter to Judge Vince Chhabria for the purpose of determining whether it is related to *Price v. Facebook, Inc. et al*, 18-cv-01732-VC.

**IT IS SO ORDERED.**

Dated: June 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**